# EXHIBIT 2

OFFICE BLDG
DC 20510-3603
202-224-4721

TULSA OFFICE
1924 S. UTICA, SUITE 530
TULSA, OK 74104
918-748-5111

OKLAHOMA CITY OFFICE
204 NORTH ROBINSON, SUITE 2701
OKLAHOMA CITY, OK 73102
405-231-4381

COMMITTEES:
ARMED SERVICES
ENVIRONMENT AND PUBLIC WORKS
INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510-3603

August 12, 1996



RECEIVED AUG 19 1996
ASSASSINATION RECORDS REVIEW BOARD

Mr. Thomas Samoluk
Assassination Records Review Board
600 East Street NW
2nd Floor
Washington, D.C. 20530

Dear Mr. Samoluk:

    I have been contacted by Mr. Tom Alyea regarding footage he had previously submitted to the Board, which had been taken during the assassination of President Kennedy. He has requested my assistance with obtaining the orginal footage. Enclosed, please find a copy of his correspondence, which provides further information.

    I will appreciate any assistance you may be in a position to provide in this matter. Please direct your response to my district office at 1924 South Utica, Suite 530, Tulsa, Oklahoma, 74104-6511. If you have any questions regarding this inquiry, please contact Ms. Claire Gentry at (918) 748-5111.

    Sincerely,

    *James M. Inhofe*

    JAMES M. INHOFE
    United States Senator

JMI/cmg
Enclosure