# EXHIBIT 3



**FILE COPY**

**Assassination Records Review Board**
600 E Street NW • 2nd Floor • Washington, DC 20530
(202) 724-0088 • Fax: (202) 724-0457

April 29, 1996

Mr. Thomas Young
110 Sweatman Circle
Waskom, Texas 75692

Re: Historical Materials of Charles Bronson

Dear Mr. Young:

Thank you for taking time to talk with me last week about your family's decisions regarding the historical materials of Charles Bronson. This letter will confirm that you reviewed with your family the sample deed of gift that I sent to you that would have effected a donation of the historical materials of Charles Bronson from your family to the National Archives. You stated that your family is not prepared to donate any of their property rights in the historical materials, primarily due to the pending litigation concerning improper use of the materials.

As I mentioned last week, the Review Board remains interested in any donation your family may wish to make. I hope that you will keep us updated on the status of the litigation and that you will feel free to call with any questions you may have.

Thank you again for your time.

Sincerely,

Laura Denk, Esq.



**Assassination Records Review Board**
600 E Street NW • 2nd Floor • Washington, DC 20530
(202) 724-0088 • Fax: (202) 724-0457

**FILE COPY**

January 11, 1996

Mr. Thomas Young
110 Sweatman Circle
Waskom, Texas 75692

Re: Deed of Gift for the Historical Materials of Charles Bronson

Dear Mr. Young:

Enclosed please find a draft Deed of Gift for the materials your family will be donating to the John F. Kennedy Assassination Records Collection at the National Archives. As you will see when you review the draft, I have not yet included the language specifically referencing your gift. I understand that your family would like to place certain restrictions on the gift. Once you and your family review this draft, please give me a call so that we can discuss which paragraphs in the draft you would like to alter.

Thank you for your attention to this matter.

Sincerely,

Laura Denk

Laura Denk, Esq.

Enclosure

# DEED OF GIFT
# FOR THE HISTORICAL MATERIALS OF
# CHARLES BRONSON

1. In accordance with the provisions of chapter 21 of title 44, United States Code, and subject to the terms, conditions, and restrictions set forth in this instrument, the family of Charles Bronson (the "Donors") give, donate, and convey to the United States of America, for deposit in the President John F. Kennedy Assassination Records Collection (the "JFK Collection") at the National Archives and Records Administration (National Archives), the following historical materials (hereinafter referred to as "the Donated Materials"):

   *** document description to be completed at later time ***

2. The Donors warrant that, at the time of the execution of this Deed of Gift, they possessed title to, and all rights and interest in, the Donated Materials free and clear of all liens, claims, charges, or encumbrances.

3. Title to the Donated Materials shall pass to the United States either upon delivery of the Donated Materials, or upon the execution of this Deed of Gift by the Donors and the authorized representative of the JFK Assassination Records Review Board or the National Archives.

4. Once title to the Donated Materials has passed to the United States, the Donors will make the Donated Materials available to the Assassination Records Review Board or the National Archives.

5. The Donors give, donate, and assign to the United States all intellectual property interest that they now possess in the Donated Materials.

6. The JFK Assassination Records Review Board will instruct the Archivist of the United States (the "Archivist") to add the Donated Materials to the JFK Collection in accordance with the provisions of title 44, United States Code, section 2107.

7. Once title to the Donated Materials passes to the United States and the Donated Materials are included in the JFK Collection, the Donors may freely examine them during the working hours of the depository at which they are being maintained.

8. The Donors may, upon request and from time to time, obtain reproductions of any or all of the Donated Materials. The Archivist, or his or her designee, shall determine at the time of each request whether reproductions are to be provided free of charge or, in the alternative, for a fee set in accordance with the provisions

of chapter 21 of title 44, United States Code.

9. (a) It is the Donors' wish that the Donated Materials be made available for use by the public as soon after and to the fullest extent possible following their inclusion in the JFK Collection. For this reason, the Donors place no restrictions on the use of the Donated Materials.

   (b) The Archivist may, subject only to restrictions placed upon him by law or regulation, provide for the preservation, arrangement, repair and rehabilitation, duplication and reproduction, description, exhibition, display, and servicing of the Donated Materials as may be needful or appropriate.

10. The JFK Assassination Records Review Board agrees that once it receives possession of the Donated Materials, it will promptly ship the Donated Materials to the National Archives for inclusion in the JFK Collection.

Date:_____   Signed:_____
                                *Names of Donors*

Date:_____   Signed:_____
                                David G. Marwell
                                Assassination Records Review Board

Having received the Donated Materials from the representative of the JFK Assassination Records Review Board and pursuant to my authority under 44 U.S.C. § 2111, I accept this gift on behalf of the United States of America, subject to the terms, conditions, and restrictions set forth above.

Date: _____   Signed: _____
                                 John W. Carlin
                                 Archivist of the United States