# EXHIBIT 5

09/17/98 TUE 08:22 FAX 202 724 0457    ARRB

@004
@003
@002

3.13.4
Rankin

**FILE COPY**

# DEED OF GIFT
## FOR THE HISTORICAL MATERIALS OF
## J. LEE RANKIN

1. In accordance with the provisions of chapter 21 of title 44, United States Code, and subject to the terms, conditions, and restrictions set forth in this instrument, the family of J. Lee Rankin (the "Donors") give, donate, and convey to the United States of America, for deposit in the President John F. Kennedy Assassination Records Collection (the "JFK Collection") at the National Archives and Records Administration (NARA), the following historical materials (hereinafter referred to as "the Donated Materials"):

    Warren Commission Records of J. Lee Rankin.

2. The Donors warrant that, at the time of the execution of this Deed of Gift, they possessed title to, and all rights and interest in, the Donated Materials free and clear of all liens, claims, charges, or encumbrances.

3. Title to the Donated Materials shall pass to the United States upon delivery of the Donated Materials to the Assassination Records Review Board or NARA.

4. Once title to the Donated Materials has passed to the United States, the Donors will make the Donated Materials available to the Assassination Records Review Board or NARA.

5. The Donors give, donate, and assign to the United States all intellectual property interest that they now possess in the Donated Materials.

6. The JFK Assassination Records Review Board will instruct the Archivist of the United States (the "Archivist") to add the Donated Materials to the JFK Collection in accordance with the provisions of title 44, United States Code, section 2107.

7. Once title to the Donated Materials passes to the United States and the Donated Materials are included in the JFK Collection, the Donors may freely examine them during the working hours of the depository at which they are being maintained.

8. The Dean of the Law School at the University of Nebraska in Lincoln, or his designated representative, shall have priority access to the donated materials for the purpose of selecting and copying portions of such materials to be added to the Repository of J. Lee Rankin materials which has been established there. Any appraiser selected by Donors to appraise the Donated Materials shall also be given priority access to said materials for the purpose of appraising them.

9. The Donors may, upon request, obtain reproductions of any or all of the Donated Materials. The first one thousand (1,000) reproductions will be provided without charge. Further reproductions will be provided upon request in accordance with the provisions of chapter 21 of title 44, United States Code. In addition, the Donors will be provided free of charge with a copy of any catalogue, summary, or explanatory information relating to the donated materials which is prepared by NARA.

10. (a) It is the Donors' wish that the Donated Materials be made available for use by the public as soon after and to the fullest extent possible following their inclusion in the JFK Collection. For this reason, the Donors place no restrictions on the use of the Donated Materials.

    (b) Before the Donated Materials are available to the public, the NARA staff member who has carefully reviewed such materials will discuss with the General Counsel of the Assassination Records Review Board or other appropriate attorney employed by the United States, any document or documents which contain serious criticism by J. Lee Rankin of any person, and especially any Warren Commission staff person. In the event that comments that comprise serious criticism are present, the General Counsel of the Assassination Records Review Board or other appropriate attorney employed by the United States may redact names so that the identity of the person criticized will not be revealed to the public.

    (c) The Archivist may, subject only to restrictions placed upon him by law or regulation, provide for the preservation, arrangement, repair and rehabilitation, duplication and reproduction, description, exhibition, display, and servicing of the Donated Materials as may be needful or appropriate.

11. The JFK Assassination Records Review Board agrees that once it receives possession of the Donated Materials, it will promptly ship the Donated Materials to NARA for inclusion in the JFK Collection.

Date: Sept. 17, 1996               Signed: *James L. Rankin Jr.*
                                   James L. Rankin
                                   Representative for Donors

Date: 17 Sep 1996                  Signed: *David G. Marwell*
                                   David G. Marwell
                                   Assassination Records Review Board

Having received the Donated Materials from the representative of the JFK Assassination Records Review Board and pursuant to my authority under 44 U.S.C. § 2111, I accept this gift on behalf of the United States of America, subject to the terms, conditions, and restrictions set forth above.

Date: 11-19-96                     Signed: *John W. Carlin*
                                   John W. Carlin
                                   Archivist of the United States