# EXHIBIT 8

## DEED OF GIFT
### FOR THE HISTORICAL MATERIALS OF
### JANET VEAZEY and HELEN STURGES-ANDERSON

1. In accordance with the provisions of chapter 21 of title 44, United States Code, and subject to the terms, conditions, and restrictions set forth in this instrument, Janet Veazey and Helen Sturges-Anderson (the "Donors") give, donate, and convey to the United States of America, for deposit in the President John F. Kennedy Assassination Records Collection (the "JFK Collection") at the National Archives and Records Administration (National Archives), the following historical materials (hereinafter referred to as "the Donated Materials"):

   > Two reels of 16 mm film that record events related to the assassination of President Kennedy.

   The donors received the above-described film from Eli A. Sturges, Jr., and Roy Cooper, both now deceased.

2. The Donors warrant that, at the time of the execution of this Deed of Gift, they possessed title to, and all rights and interest in, the Donated Materials free and clear of all liens, claims, charges, or encumbrances.

3. Title to the Donated Materials shall pass to the United States either upon delivery of the Donated Materials, or upon the execution of this Deed of Gift by the Donors and the authorized representative of the JFK Assassination Records Review Board or the National Archives.

4. Title to the Donated Materials passed to the United States upon delivery of the Donated Materials to the Assassination Records Review Board or the National Archives.

5. The Donors give, donate, and assign to the United States all intellectual property interest that they now possess in the Donated Materials.

6. The JFK Assassination Records Review Board will instruct the Archivist of the United States (the "Archivist") to add the Donated Materials to the JFK Collection in accordance with the provisions of title 44, United States Code, section 2107.

7. Once the Donated Materials are included in the JFK Collection, the Donors may freely examine them during the working hours of the depository at which they are being maintained.

8. The Donors may, upon request and from time to time, obtain reproductions of any or all of the Donated Materials. The Archivist, or his or her designee, shall

determine at the time of each request whether reproductions are to be provided free of charge or, in the alternative, for a fee set in accordance with the provisions of chapter 21 of title 44, United States Code.

9.  (a)  It is the Donors' wish that the Donated Materials be made available for use by the public as soon after and to the fullest extent possible following their inclusion in the JFK Collection. For this reason, the Donors place no restrictions on the use of the Donated Materials.

    (b)  The Archivist may, subject only to restrictions placed upon him by law or regulation, provide for the preservation, arrangement, repair and rehabilitation, duplication and reproduction, description, exhibition, display, and servicing of the Donated Materials as may be needful or appropriate.

10. The JFK Assassination Records Review Board agrees that once it receives possession of the Donated Materials, it will promptly ship the Donated Materials to the National Archives for inclusion in the JFK Collection.

Date: 7-8-96

Signed: _____
Janet Veazey

Date: _____

Signed: _____
Helen Sturges-Anderson

Date: 7/6/96

Signed: _____
David G. Marwell
Assassination Records Review Board

Having received the Donated Materials from the representative of the JFK Assassination Records Review Board and pursuant to my authority under 44 U.S.C. § 2111, I accept this gift on behalf of the United States of America, subject to the terms, conditions, and restrictions set forth above.

Date: 7/36/96

Signed: _____
John W. Carlin
Archivist of the United States