# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ONF ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 23-704L <br><br> (Judge Schwartz) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule of the Court of Federal Claims 7.1, Plaintiff ONF Enterprises LLC states that it does not have a parent corporation and that no corporate entity owns 10% or more of its stock.

Dated: September 26, 2024

FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkwoski*
Thomas L. Halkowski
halkowski@fr.com
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

Kurt L. Glitzenstein
glitzenstein@fr.com
Daniel H. Wade
wade@fr.com
One Marina Park Drive
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8906

Counsel for Plaintiff
ONF ENTERPRISES, LLC

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Rule 7.1 Disclosure Statement was filed via CM/ECF with the Court on September 26, 2024.

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski