# EXHIBIT 1

PRODUCED AT THE NATIONAL ARCHIVES

RELEASED PER P.L-102-526(JFK ACT)
NARA EF DATE 4/6/10



UNITED PRESS INTERNATIONAL
9990 LEE HIGHWAY
SUITE 301
FAIRFAX, VIRGINIA 22030
(703) 359-6262

June 4, 1991

VIA TELEFAX AND MAIL
Ms. Gayle Jackson
P.O. Box 824
DeSoto, Texas 75115

Dear Ms. Jackson:

This is to confirm discussions you have had with our office regarding the Orville Nix film of the assassination of John F. Kennedy (the "Nix Film"). United Press International, Inc. ("UPI") has had control of the distribution of this film for approximately the last twenty-five years. UPI agrees that, in accordance with the oral agreement giving UPI the distribution rights, UPI's rights to control distribution of the Nix Film ended on December 31, 1990. UPI hereby releases all rights over the Nix Film to Mr. Nix's heirs and assigns.

UPI has in the past contracted with certain entities to distribute the Nix Film and to maintain still photographs from the film. This letter will hereby serve as evidence that UPI has relinquished all distribution rights to the Nix film and to any still photographs from the film, and that such rights have reverted to the heirs and assigns of Orville Nix.

UPI no longer is in possession of, nor does its retain ownership rights to, the original print of the Nix Film. In 1967, the United States government acquired title to the Nix Film for use in connection with the Warren Commission investigation concerning the assassination of President Kennedy and the film which was in UPI's possession is housed in the National Archives in Washington, D.C. Copies of our records documenting this acquisition are enclosed. Since that time, when UPI has wished to grant permission for use of the Nix Film, it has been required to write to the National Archives advising that a copy was to be distributed to the person or group to which permission was given.

PRODUCED AT THE NATIONAL ARCHIVES

RELEASED PER P.L-102-526(JFK ACT)
NARA EF    DATE 4/6/10



UNITED PRESS INTERNATIONAL
9990 LEE HIGHWAY
SUITE 301
FAIRFAX, VIRGINIA 22030
(703) 359-6262

A copy of this letter is being provided to the National Archives, Legal Division, to notify them that UPI is releasing all distribution rights to copies of the Nix Film to the heirs and assigns of Orville Nix. If you desire a copy of the Nix Film, please contact the National Archives directly.

Very truly yours,

Frank H. Kane
General Counsel

cc: Christopher Runkel, Esq.
    National Archives Legal Division