# EXHIBIT 2

PRODUCED AT THE NATIONAL ARCHIVES

RELEASED PER P.L-102-526(JFK ACT)
NARA _EF_ . DATE _4/6/10_

# ORVILLE NIX & COMPANY
PROPERTY TAX CONSULTANTS
214/230-1750

4/17

ORVILLE NIX
214/223-5327

CINDY PALMER
214/576-2063

April 15, 1991

Mr. William Murphy
Motion Picture, Sound & Visual Department
National Archives
Washington, DC 20408

Dear Mr. Murphy;

Per our telephone conversation on today's date, this letter will serve as an unambiguous request for the return of the original film footage taken by my grandfather, Orville O. Nix, of the John F. Kennedy assassination. This film was purchased for copyright by UPI Newsfilm in 1963. The copyright has subsequently been returned to our family as heirs of Orville Nix.

The Warren Commission labeled this film "Exhibit #905" after is was subpoenaed from UPI Newsfilm. We are of the opinion that this film was never returned to UPI.

I have enclosed copies to substantiate our claim to this film including; an Affidavit of Heirship and a letter dated 1988 from UPI releasing their claim to the film. If you need further information or if I may be of assistance, please call me at (214) 230-1750.

Your anticipated expediency in settling this matter is greatly appreciated.

Sincerely,

Gayle Nix Jackson

Gayle-Nix Jackson

GNJ/dbn

Enclosures

3200 W. PLEASANT RUN RD. • FIRST CONSOLIDATED BANK BLDG. • SUITE 300 • LANCASTER, TX 75146
P.O. BOX 824 • DESOTO, TX 75115

PRODUCED AT THE NATIONAL ARCHIVES

RELEASED PER P.L-102-526 (JFK ACT)
NARA EF DATE 4/6/10

[UNITED PRESS] INTERNATIONAL
[...] LEE HIGHWAY
FAIRFAX, VIRGINIA 22030
(703) 359-6416

MICHAEL E VEVE
GENERAL COUNSEL

October 3, 1988

Howard W. Key, Esq.
Vial, Hamilton, Koch & Knox
FirstRepublic Bank Center
1500 Tower II
Dallas, Texas 75201-3890

Re: Orville Orchel Nix, Sr.
License granted to UPI for
use of film

Dear Mr. Key:

Thank you for your letter of September 27, 1988 requesting a release from United Press International ("UPI") on all rights to the Orville Nix Film on the John F. Kennedy assassination.

As you may already know, we have not been able to locate in our files a copy of the original license agreement which granted UPI a 23-year license on this film. However, it is our general belief that such license terms were entered into UPI, and we see no basis upon which your request on behalf of Mr. Nix's heirs should not be granted.

During 1988, UPI has granted non-exclusive permission to use the Nix film to WGBH-TV in Boston for a 25th anniversary T.V. show this November in "NOVA", public television weekly science show, and to Langley/Barbour Productions, Inc., a California company, for a similar purpose. We would ask that as part of UPI's release, Mr. Nix's heirs acknowledge and honor these UPI arrangements.

In consideration of the above, UPI hereby releases all rights over the Nix Film, effective as of this date, to Mr. Nix's heirs and assigns, as conditioned by the prior statement above. If this release is agreeable to Mr. Nix's heirs, please have them acknowledge their acceptance of this release by executing their signatures in the spaces provided below, and returning one (1) executed copy to me for UPI's files.

Very truly yours,

Michael E. Veve
Michael E. Veve

ACCEPTED BY:

Elta Lou Robinson Nix
Elta Lou Robinson Nix

Orville Orchel Nix, Jr.
Orville Orchel Nix, Jr.

REPRODUCED AT THE NATIONAL ARCHIVES

RELEASED PER P.L-102-526(JFK ACT)
NARA __EF__ DATE __4/6/10__

STATE OF TEXAS §

COUNTY OF DALLAS §

## AFFIDAVIT OF HEIRSHIP OF ORVILLE ORHEL NIX, SR.

BEFORE ME, the undersigned Notary Public, on this day personally appeared Linda Gayle Jackson, (hereinafter referred to as "Affiant"), known to me and being duly sworn and upon her oath, deposes and states that:

"1. That Affiant, Linda Gayle Jackson, is a surviving grandchild of Orville Orhel Nix, Sr. and was personally acquainted with Orville Orhel Nix, Sr., his surviving spouse, Ella Lou Robinson Nix, and their only child, Orville Orhel Nix, Jr. By virtue of such acquaintance, Affiant is well qualified to relate the following facts concerning the heirship of Orville Orhel Nix, Sr., (hereinafter referred to as the "Decedent"):

(a) Orville Orhel Nix, Sr., Decedent, was born on April 16, 1911, in Dallas, Dallas County, Texas.

(b) Orville Orhel Nix, Sr., married Ella Lou Robinson Nix on February 18, 1938, in Dallas, Dallas County, Texas. Neither Orville Orhel Nix, Sr. nor Ella Lou Robinson Nix were previously married.

AFFIDAVIT OF HEIRSHIP OF ORVILLE ORHEL NIX, SR. - Page 1

REPRODUCED AT THE NATIONAL ARCHIVES

RELEASED PER P.L-102-526(JFK ACT)
NARA EF         DATE 4/6/10

(c) As a result of this marriage, one (1) child was born to Orville Orhel Nix, Sr., his name being Orville Orhel Nix, Jr., born on February 17, 1939 in Dallas, Dallas County, Texas. No other children were born to or adopted by Orville Orhel Nix, Sr. either before, during, or after said marriage.

(d) Orville Orhel Nix, Sr. died on January 17, 1972, at the age of sixty (60) years.

(e) Orville Orhel Nix, Sr. died intestate in Dallas, Texas and was domiciled in Dallas, Dallas County, Texas at the date of his death.

(f) Orville Orhel Nix, Sr. was still married to Ella Lou Robinson Nix on the date of his death, and therefore was survived by his wife, Ella Lou Robinson Nix, who is still living as of the date of this Affidavit.

(g) All of Decedent's property consisted of community property having been acquired during his marriage to Ella Lou Robinson Nix.

(h) Under the laws of intestate distribution in the State of Texas, the surviving spouse takes his or her one-half share of the community property interest outright and the Decedent's one-half share of the community property interest in said property is inherited by the Decedent's heirs at law.

AFFIDAVIT OF HEIRSHIP OF ORVILLE ORHEL NIX, SR. - Page 2

REPRODUCED AT THE NATIONAL ARCHIVES

RELEASED PER P.L-102-526(JFK ACT)
NARA  EF          DATE 4/6/10

(i) When Orville Orhel Nix, Sr. died intestate, his only surviving heirs at law were his son, Orville Orhel Nix, Jr., who is entitled under the laws of intestate distribution to inherit all of Decedent's one-half share of the community property.

(j) There was no administration of the Estate of Orville Orhel Nix, Sr. and none was deemed necessary.

(k) The Decedent left no debts which are still unpaid and there are no federal estate or state inheritance taxes due against the Decedent's estate. The value of the Decedent's estate was less than $50,000.00.

(l) It is the desire of Ella Lou Robinson Nix and Orville Orhel Nix, Jr. that the Decedent's property pass under the laws of intestate distribution in the State of Texas.

2. Ella Lou Robinson Nix is presently residing in Lancaster, Dallas County, Texas. Her post office address is 1255 West Pleasant Run Road, #102, Lancaster, Texas 75146. Orville Orhel Nix, Jr. is presently residing in Dallas, Dallas County, Texas. His post office address is P.O. Box 824, DeSoto, Texas 75115. Linda Gayle Jackson is presently residing in Glenn Heights, Dallas County, Texas. Her address is 1831 South Hampton, Glenn Heights, Texas 75115.

REPRODUCED AT THE NATIONAL ARCHIVES

RELEASED PER P.L-102-526(JFK ACT)
NARA __EF__ DATE __4/6/10__

_____
Linda Gayle Jackson

SUBSCRIBED AND SWORN TO BEFORE ME, by the said Linda Gayle Jackson, to which witness my hand and seal of office on this the ____27____ day of September, 1988.



_____
Notary Public in and for
The State of Texas

_____
Printed Name Of Notary Public

My Commission Expires:
10/18/88

AFFIDAVIT OF HEIRSHIP OF ORVILLE ORHEL NIX, SR. - Page 4