# EXHIBIT 3

DECLASSIFIED
RELEASED PER P.L.-102-526 (JFK ACT)



National Archives

Washington, DC 20408

May 24, 1991

Gayle Nix Jackson
Orville Nix and Company
3200 W. Pleasant Run Road
Lancaster, Texas 75146

Dear Ms. Jackson:

This is in response to your letter of April 15, 1991, in which you requested the return of the original film footage taken by your grandfather, Orville O. Nix, of the assassination of President Kennedy.

The film in question is among the audiovisual records of the President's Commission on the Assassination of President Kennedy (Record Group 272). The Commission assigned it exhibit number 905, and after a recent examination we have identified the original as an 8mm color, silent, reversal. All other copies in our custody made for study or reference purposes are black and white. Whether the 8mm color film is the "out-of-camera" original is still another question. There are no yellow flashes or camera stops typical of camera original, so it may very well be a copy.

Nevertheless, title to this film along with the other evidence considered by the Warren Commission was vested in the Government, and the period for a claim of compensation or return has long elapsed. The National Archives rightfully holds the film as part of the Commission's records, and we cannot agree to its return.

This conclusion does not affect the film's copyright, which only you can exploit. Accordingly, all requests for duplication other than the internal preservation needs of the National Archives will be referred to you for written permission.

Moreover, you should take some comfort in knowing that our original will be placed in cold storage to retard the fading of color dyes and that researchers will only see reference copies. We are planning to make several color masters, as this has not been done before, and we will be pleased to send one to you for your own safekeeping and personal use. There will be no charge for this copy.

DECLASSIFIED
RELEASED PER P.L.-102-526 (JFK ACT)

Please feel free to write or telephone us if you have any questions about this matter.

Sincerely,

WILLIAM T. MURPHY
Chief, Motion Picture,
Sound, and Video Branch