# EXHIBIT 4

**ORIGINAL**

# BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA

To G. Robert Blakey, or an assistant designated by him:

You are hereby commanded to summon William Lyon, Vice President, United Press International, 220 East 42nd Street, New York, New York 10017

to be and appear before the Subcommittee on the Assassination of John F. Kennedy of the Select Committee on Assassinations

Committee of the House of Representatives of the United States, of which the Hon. Richardson Preyer is chairman, and to bring with you all photographs, negatives, slides of persons, events, objects, locations taken on November 22, 23, 24, 25 of 1963 relating to the circumstances surrounding the assassination and death of John F. Kennedy including but not limited to: 1) Photos taken by Frank Cancellare of scene at Dealey Plaza and environs on November 22, 1963; 2) Photos taken by Marie Muchmore of Presidential motorcade in Dealey Plaza on November 22, 1963; and 3) Photo taken by Orville Nix of * in their chamber in the city of Washington, on November 30, 1977, at the hour of 10:00 a.m.

then and there to testify touching matters of inquiry committed to said Committee; and he is not to depart without leave of said Committee.

Herein fail not, and make return of this summons.

Witness my hand and the seal of the House of Representatives of the United States, at the city of Washington, this 31 day of October, 1977.

*[signature]*
Louis Stokes     *Chairman.*
Select Committee on Assassinations

Attest: *[signature]* Edmund P. Henshaw
*Clerk.*

* Dealey Plaza and environs and events on November 22, 1963

48

ORIGINAL

Subpena for  William Lyon,
          Vice President
          United Press International,
          220 East 42nd Street,
          New York, New York 10017

before the ~~Committee on the~~ Subcommittee
on the Assassination of John F.
Kennedy of the Select Committee on
Assassinations.

Served to William Lyon
by M.C. Mason on
November 1, 1977,
at 11:50 a.m.

*[signature]*

M.C. Mason

———————————— House of Representatives

U.S. GOVERNMENT PRINTING OFFICE   71-600-h