# EXHIBIT 6

ORIGINAL

# BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA

To G. Robert Blakey, or an assistant designated by him:

You are hereby commanded to summon William Lyon, Vice President, United Press International, 220 East 42nd Street, New York, New York

to be and appear before the Subcommittee on the Assassination of John F. Kennedy of the Select Committee on Assassinations ~~Committee~~ of the House of Representatives of the United States, of which the Hon. Richardson Preyer is chairman, and to bring with you the movie films in your possession or control which pertain to the assassination of President John F. Kennedy in Dallas, Texas, on November 22, 1963 which were taken by Mary Muchmore and Orville Nix in Dallas on November 22, 1963

in their chamber in the city of Washington, on February 6, 1978, at the hour of 10:00 A.M.

then and there to testify touching matters of inquiry committed to said Committee; and he is not to depart without leave of said Committee.

Herein fail not, and make return of this summons.

Witness my hand and the seal of the House of Representatives of the United States, at the city of Washington, this 26th day of January, 1978

LOUIS STOKES, Chairman.
Select Committee on Assassinations

Attest: _____
Clerk.

130

Subpena for William Lyon

Vice President
United Press International
220 East 42nd Street
New York, New York

before the ~~Committee on the~~ Subcommittee on the

Assassination of John F. Kennedy,

Select Committee on Assassinations

Served  4-3-78 Served by Al Maxwell To Mr Wm Lyon at 220 E 42 St 10:30 AM

_____ House of Representatives

U.S. GOVERNMENT PRINTING OFFICE  71-600-h