# EXHIBIT 7

Reference copy, JFK Collection: HSCA (RG 233)

4-4-78

4/4/78

Recd from UPI, New York:
(2) reels 8mm film –
1. The original copy.
2. Much more documented copy

(must be returned to UPI in 3 weeks)

11/6/78 Film taken to California Photo Lab
conference by Mickey Goldsmith —
Jane Downey

006869