# EXHIBIT 8

```
                                                              Date:07/28/93
                                                              Page:1
                          JFK ASSASSINATION SYSTEM
                            IDENTIFICATION FORM
------------------------------------------------------------------------
                             AGENCY INFORMATION

                 AGENCY : HSCA
          RECORD NUMBER : 1801007810393

         RECORDS SERIES :
NUMBERED FILES

    AGENCY FILE NUMBER : 008033
------------------------------------------------------------------------
                            DOCUMENT INFORMATION

             ORIGINATOR : HSCA
                   FROM : CHIRALA, BOB; AEROSPACE CORPORATION
                     TO :

                  TITLE :


                   DATE : 05/02/78
                  PAGES : 1

               SUBJECTS :
AEROSPACE CORPORATION
PHOTOGRAPHS AND FILMS; NIX
PHOTOGRAPHS AND FILM; OSWALD, LEE

          DOCUMENT TYPE : OUTSIDE CONTACT REPORT
         CLASSIFICATION : U
           RESTRICTIONS : OPEN IN FULL
         CURRENT STATUS : O
    DATE OF LAST REVIEW : 07/22/93

       OPENING CRITERIA :


               COMMENTS :
Box 148.




------------------------------------------------------------------------
                        [R] - ITEM IS RESTRICTED
```

Reference copy, JFK Collection: HSCA (RG 233)

JFK Routing Slip     **008033**

NO. _____

DATE 5-4-78

Document I.D. _____ OUTSIDE CONTACT REPORT

INDEX

Chiraleo, Bob
Aerospace Corp. -
re: Nix original
Backyard negative
analysis

COPY TO _Toomey_
Robert Blakey
Gary Cornwell
Kenneth Klein
Charlie Mathews
Jim Wolf
Tiny Hutton
Jackie Hess
Cliff Fenton
Mike Ewing
Team #1
Team #2
Team #3
Team #4
Team #5

Special Instructions:     Form #2

## OUTSIDE CONTACT REPORT

**008033**  DATE 5/2/78  TIME 1100

Reference copy, JFK Collection: HSCA (RG 233)

I. Identifying Information:

    Name __Bob Chiralo__  Telephone __213-648-6142__

    Address __Aerospace Corp__

    Type of Contact: __x__ Telephone
                            ___ Person

II. Summary of Contact:

Re: Aerospace scan of Nix original film. Scanned approximately 30 frames (numbered on film: A-B4 and B8-D2). Leontis is bringing film from California today.

Re: Examination by Slater/Scott of backyard negative, May 4th. This examination based on Aerospace findings after processing the image on the negative after scanning: two linear structures not seen before (1) running width of chin and slants up to right of picture, 30 degrees to horizontal, left to right; (2) parallel to (1) another line is seen under chin between chin and neck. He also advises they look at scratch extending from right side of picture to the left of his chin running diagonally out into the background.

III. Recommended Follow-up (if any):

Signature: _[signature]_

Form #5