# EXHIBIT 9

A F F I D A V I T

IN THE DISTRICT OF COLUMBIA  ) ss:

    I, Martin Daly, a duly authorized representative of the Select Committee on Assassinations, United States House of Representatives, hereby depose and say:

    (1) I am a duly authorized representative of the Select Committee on Assassinations, United States House of Representatives, directed by it to obtain custody and possession of the original movie film of the assassination of President John F. Kennedy on November 22, 1963, commonly referred to as the "Zapruder Film," for purposes of its investigation.

    (2) On March 7, 1978, I received said Zapruder Film from Mr. Robert M. Trien, 919 Third Avenue, New York, N. Y. 10022 and executed a receipt. I delivered it to Los Alamos Scientific Laboratory where it remained in my custody while it was digitally scanned by computer process.

    (3) On March 16, 1978, I relinquished custody of the film to Joseph J. Basteri, Staff Investigator for the Select Committee on Assassinations. It remained in his custody or in secured facilities at Committee offices, until it was returned to Mr. Henry Zapruder, March 29, 1978.

                                                  *Martin J. Daly*
                                                  Martin Daly

Subscribed and sworn to before me this 4th day of May, 1978.

                                                  Notary Public

My Commission expires: 9-15-82

Reference copy, JFK Collection: HSCA (RG 233)