# EXHIBIT 10

Kennedy Request
3/27/78 Re
MK-Muchmore Film
4/5/78

FM DIRECTOR {62-109060}

TO LOS ANGELES {89-75} {IMMEDIATE}

1 - Mr. Bailey
1 - Mr. Foster
1 - Mr. Clark

BT

CLEAR

ASSASSINATION OF PRESIDENT JOHN F. KENNEDY, NOVEMBER 22, 1963,
DALLAS, TEXAS.

REBUTELCALS TO LOS ANGELES ON APRIL 3 AND 5, 1978,
WHEREIN LOS ANGELES SUPERVISOR NORREGARD WAS ADVISED THAT A
PACKAGE CONTAINING A 16 MILLIMETER MOTION PICTURE FILM,
A ONE-OF-A-KIND EXHIBIT IN BUFILE 62-109060, CAPTIONED AS
ABOVE, WAS IN TRANSIT TO LOS ANGELES VIA AMERICAN AIRLINES
FLIGHT 77, CAPTAIN MERRILL GREEN, COMMANDING. FLIGHT 77
DEPARTED DULLES INTERNATIONAL AIRPORT AT 10:10 AM AND SHOULD
ARRIVE LOS ANGELES 12:43 PM THIS DATE. DESIGNATED AGENT MUST
BE AT LOS ANGELES ARRIVAL GATE IN AMPLE TIME TO MEET FLIGHT 77.

THIS WILL CONFIRM TELEPHONIC INSTRUCTIONS THAT
LOS ANGELES IS TO ENSURE THAT A DESIGNATED SPECIAL AGENT
PICK UP THE FILM PACKAGE FROM CAPTAIN GREEN, MAINTAIN

DJC:mel
(5)

SEE NOTE PAGE 4. . .

APPROPRIATE CUSTODY OF THE PACKAGE UNTIL THAT AGENT
TRANSPORTS IT TO THE IMAGE PROCESSING INSTITUTE, POWELL
HALL, ROOM 223, UNIVERSITY OF SOUTHERN CALIFORNIA AT
LOS ANGELES, WHERE A PHOTOGRAPHIC PANEL CONFERENCE WILL
BE CONVENED UNDER AUSPICES OF HOUSE SELECT COMMITTEE ON
ASSASSINATIONS, U. S. HOUSE OF REPRESENTATIVES {HSCA}, ON
APRIL 6 AND 7, 1978.

IT IS IMPERATIVE THAT THE DESIGNATED SPECIAL AGENT
MAINTAIN PHYSICAL CUSTODY AND PHYSICAL OBSERVATION OF THE
FILM THROUGHOUT ITS VIEWING BY THE HSCA PANEL.  THE HSCA
HAS BEEN ADVISED THAT IT CAN CONTACT LOS ANGELES SUPERVISOR
NORREGARD TO SET A TIME OR TIMES WHEN HSCA WISHES TO VIEW
FILM.

SUTEL CONFIRMING RECEIPT OF FILM PACKAGE.

UNLESS UNFORESEEN CIRCUMSTANCES PRECLUDE, LOS ANGELES
SHOULD NOT OPEN FILM PACKAGE UNTIL IT IS NECESSARY TO DO
SO IN THE PRESENCE OF AN HSCA REPRESENTATIVE.

SUBMIT LHM SUITABLE FOR DISSEMINATION SETTING FORTH
DETAILS OF OBTAINING AND MAKING FILM AVAILABLE FOR HSCA
VIEWING TO INCLUDE CHAIN OF CUSTODY.

PAGE THREE  LOS ANGELES {89-75}  CLEAR

LOS ANGELES MAY RETAIN FILM FOR REASONABLE TIME
AFTER USE UNTIL A SPECIAL AGENT EN ROUTE TO FBI HEADQUARTERS
{FBIHQ} ON OTHER BUSINESS CAN PERSONALLY DELIVER FILM TO
ROOM 8988, CONGRESSIONAL INQUIRY UNIT, RECORDS MANAGEMENT
DIVISION, FBIHQ.  IF THIS IS NOT FEASIBLE, LOS ANGELES
SHOULD RETURN FILM BY SIMILAR MEANS UTILIZED BY FBIHQ FOR
TRANSIT.  ANY COMMUNICATION IN THIS MATTER SHOULD BE SENT
ATTENTION CONGRESSIONAL INQUIRY UNIT, RECORDS MANAGEMENT
DIVISION.

BT

NOTE:  Bureau response of 4/3/78 to HSCA request of 3/27/78
under letter to Assistant Attorney General, Criminal
Division, Attention Mr. Robert L. Keuch, dated 4/3/78,
captioned "House Select Committee on Assassinations
U. S. House of Representatives (HSCA)" advised FBI would
make 16 millimeter film available for HSCA viewing at
Los Angeles.  This is to confirm telephonic information
regarding transport of film and previous instructions
to Los Angeles.

DJC:cmi
    (5)                    SEE NOTE PAGE 4 . . .