# EXHIBIT 11

Reference copy, JFK Collection: ESCA (RG 233)

DOCUMENT LOG

Date: July 5 1978

Page 14

| TO | NUMBER | DOCUMENT I.D. | FROM |
|---|---|---|---|
| JFK/HESS Jane Downey | 009684 | To: J. Downey Re: #003295 -Negatives of Tramps/rifle & Bell Film Incoming Correspondence | Aerospace Corp. |
| Thomas Howarth | | Reimburment for plane fare | Rene J. Dumaine |
| JFK/HESS | 009691 | Dr. Mitch Baden Outside Contact Report | Andy Purdy |
| " " | 009690 | Pierre Salinger Investigation Interview | James Kelly |
| " " | 009689 | Don F. Flusche | J. Morianty |
| " " | 009688 | To: S. Brady The Burial and Final Rites of Lee Harvey Oswald Told by his mother Incoming Correspondence | |