# EXHIBIT 12

```
                                                            Date:08/13/93
                                                            Page:1

                        JFK ASSASSINATION SYSTEM
                        IDENTIFICATION FORM
------------------------------------------------------------------------
                            AGENCY INFORMATION

                AGENCY : HSCA
         RECORD NUMBER : 180-10102-10369

        RECORDS SERIES :
NUMBERED FILES

   AGENCY FILE NUMBER : 009360
------------------------------------------------------------------------
                           DOCUMENT INFORMATION

            ORIGINATOR : HSCA
                  FROM : BLAKEY, G. ROBERT
                    TO : ZAPRUDER, HENRY

                 TITLE :


                  DATE : 06/20/78
                 PAGES : 1

              SUBJECTS :
ZAPRUDER FILM

         DOCUMENT TYPE : LETTER
        CLASSIFICATION : U
          RESTRICTIONS : OPEN IN FULL
        CURRENT STATUS : O
   DATE OF LAST REVIEW : 08/05/93

       OPENING CRITERIA :

              COMMENTS :
Box 171.
```

------------------------------------------------------------------------
                        [R] - ITEM IS RESTRICTED

JFK Routing Slip

NO. 009360

DATE JUN 22 1978

Document I.D. OUTGOING CORRESPONDENCE

INDEX

Zaprudee, Henry

_____

_____

_____

_____

_____

_____

COPY TO
Robert Blakey
Gary Cornwell
Kenneth Klein
Charlie Mathews
Jim Wolf
Tiny Hutton
Jackie Hess
Cliff Fenton
Mike Ewing
Dick Billings
Team #1

Team #2

Team #3

Team #4
Team #5

Special Instructions:                Form #2

Reference copy, JFK Collection: HSCA (RG 233)

Reference copy, JFK Collection: HSCA (RG 233)

Select Committee on Assassinations
U.S. House of Representatives
3331 HOUSE OFFICE BUILDING, ANNEX 2
Washington, D.C. 20515

JFK 20 1978

3

OUTGOING CORRESPONDENCE

TO: Henry Zapruder

|  | Approved | Date |
|---|---|---|
| Fenton |  |  |
| Hess |  |  |
| Gay |  |  |
| Klein |  |  |
| Wolf |  |  |
| Cornwell | CL | 6/20 |
| Blakey | GRB | 6-20-78 |

DRAFTED BY: Jane Downey

Henry Zapruder, Esquire
Cohen and Gratz
1716 E Street, N.W.
Washington, D.C. 20006

Dear Mr. Zapruder:

In connection with the investigation of the House Select Committee on Assassinations into the death of President John F. Kennedy, I am writing to express the Committee's deep appreciation for the invaluable assistance you have provided us. Your continuing cooperation in regard to allowing Committee photographic experts ready access to your original copy of the Zapruder film has greatly facilitated our investigative efforts.

Again, my sincere thanks for your cooperation in the work of the Committee.

Sincerely,

G. Robert Blakey
Chief Counsel and Director

CRD:jdm

LOUIS STOKES, OHIO, CHAIRMAN

_HARDSON PREYER, N.C.          SAMUEL L. DEVINE, OHIO
WALTER E. FAUNTROY, D.C.       STEWART B. MCKINNEY, CONN.
YVONNE BRATHWAITE BURKE, CALIF. CHARLES THONE, NEBR.
CHRISTOPHER J. DODD, CONN.     HAROLD S. SAWYER, MICH.
HAROLD E. FORD, TENN.
FLOYD J. FITHIAN, IND.
ROBERT W. EDGAR, PA.

(202) 225-4624

# Select Committee on Assassinations
## U.S. House of Representatives
3331 HOUSE OFFICE BUILDING, ANNEX 2
WASHINGTON, D.C. 20515

009360

JUN 20 1978

Henry Zapruder, Esquire
Cohen and Uretz
1776 K Street, N.W.
Washington, D.C. 20006

Dear Mr. Zapruder:

In connection with the investigation of the House Select Committee on Assassinations into the death of President John F. Kennedy, I am writing to express the Committee's deep appreciation for the invaluable assistance you have provided us. Your continuing cooperation in regard to allowing Committee photographic experts ready access to your original copy of the Zapruder film has greatly facilitated our investigative efforts.

Again, my sincere thanks for your contribution to the work of the Committee.

Sincerely,

G. Robert Blakey
G. Robert Blakey
Chief Counsel and Director

GRB:jdm

Reference copy, JFK Collection: HSCA (RG 233)