# EXHIBIT 13

JFK ASSASSINATION SYSTEM

IDENTIFICATION FORM

---

AGENCY INFORMATION

         AGENCY : HSCA
  RECORD NUMBER : 180-10116-10379

  RECORDS SERIES :
NUMBERED PHOTOGRAPHIC MATERIALS

AGENCY FILE NUMBER :

---

DOCUMENT INFORMATION

        ORIGINATOR : HSCA
              FROM :
                TO :

             TITLE :
"PHOTO CONTROL LOG"

              DATE : 00/00/00
             PAGES : 9

          SUBJECTS :
EVIDENCE
PHOTOGRAPHS & FILMS

     DOCUMENT TYPE : NOTES
    CLASSIFICATION : U
      RESTRICTIONS : OPEN IN FULL
    CURRENT STATUS : O
DATE OF LAST REVIEW : 08/18/93

   OPENING CRITERIA :

          COMMENTS :
Folder list in Box 1. Some material subject to copyright provisions. List
of photographic material to be returned also enclosed. Box 2. Folder title:
Sigalos & Levine.

---

[R] - ITEM IS RESTRICTED

PHOTO CONTROL LOG

| FILE # | DESCRIPTION OF PHOTO MATERIALS | PARTY RCVG OR DOCUMENT LOCATION | OUT | RETURNED |
|---|---|---|---|---|
| 1. Security | Powell transparency | Aerospace Corp | 3/5/78 | 5/11/7_ |
| 2. " | De Mohrenschildt orig. print "CE 133" | RIT | 2/27/78 | 4/3/78 |
| 3. 000632 | Dees print of "133C" Neeley St | RIT | 2/27/78 | 4/3/78 |
| 4. | Zapruder orig | Los Alamos | 3/6/78 | returned |
| 5. | Zapruder - Dorsett copy | " " | 3/8/78 | |
| 6. 004877 | Willis orig. transparency #5 | Tom Canning | 3/12/78 | Sent to Aerospace 3/20/7_  4/12/78 Aerospace returned |
| 7. 003403 | 3 prints  Rifle (DPD) | C. L. McCamy | 3/12/78 | |
| 003356 | 2 prints  "  " | | | |
| 003294 | 1 print  "  " | "  " | | returned |
| 003295 | negatives: 2 pieces Kodak Tri X Pan film each having 6 exposures - 7 thru 18. | "  " | | |
| 8. 003295 | Dillard TSBD negatives: 12 35mm tri X - Dallas Morn News | Ron Francis | 3/12/78 | Dillard 4/21/78 |
| | | " " | | " |
| 004054 | 2 Dillard prints (1st gen) | " | | " |
| 003491 | 1 Powell (Dillard print) | | | " |
| | 2 Moorman polaroids | | | |
| | Man in TSBD door photos: | " | | " |
| 000138 | 5 color prints of Lovelady | | | " |
| 003853 | Altgens 1st gen | | | " |
| 000125 | "   print (altgens 1-6) | | | " |
| 005166 | Altgens tri-x negative (Lovelady) | | | " |
| | 5 Bond prints: | " | | " |
| 003853 (1) | | | | |
| 003491 (1) | | | | |
| 003491 (2) | | | | |
| 004077 (1) | | | | |
| 005013 | Bond orig color slides 35 mm | " | | " |
| 002115 | Milteer - 3 prints | | | " |
| 003853 | Altgens 1st gen print and [005166] 35 mm negative of Milteer street scene | | | |

Dillard letter

Dallas TX 75265
Attn Tom Dillard

| FILE # | DESCRIPTION OF PHOTO MATERIALS | PARTY RCVG OR DOCUMENT LOCATION | OUT | RETURNED |
|---|---|---|---|---|
| 9. | 2 copies each of mug book photos on:<br>Ferrie, Howard, Banister, Shaw, Oswald<br>Ruby, Beckham | J Blackmer | 3/13/78 | 3/15/78 |
| 10. 002334 | 1 copy of each pose, A & B, prints made by Archives from their prints (Bara to make 8x10 prints, one each) | Bara Photo | 3/16/78 | returned |
| 11. | 2 prints of Neely St. (one each of A & B poses) | Cecil Kirk | 3/24/78 | returned |
| 12. | 10 Mug Book prints - 1 cy ea of:<br>Shaw 5<br>Ferrie 12 (+ one extra unnumbered pose)<br>Oswald 57<br>Sturgis 92<br>Hemming 4<br>E.H./Hunt 90<br>Beckham 11<br>Banister 13<br>Howard 15 | J Blackmer | 4/3/78 | returned |
| | | to Calif nuclear | 4/4/78 | |
| 13. 006869 ★ ① | 2 rolls 8mm film (UPI) original Mix & Muchmore | (left at Aerospace) | | Muchmore 4/24/78 returned |
| 004976 ★ ② | Bell 8mm film (orig) | (left at Aerospace) | | 4/10/78 |
| 004349 ③ | Towner orig & slides | | | " |
| 005132 ④ | 7 slides & 8mm orig film | | | " |
| 005097 ⑤ | Dorman film | | | " |
| 005011 ⑥ | DCA master #3 film | | | " |
| ★ ⑦ | 13 prints from photo book (Dealey) | (left at Aero) | | 4/10/78 |
| ⑧ | 004171 (major files) Cancellare print | | | " |
| 002518 ⑨ | Betzner 3 blow up (from Time materials) | | | " |
| 005151 ⑩ | Oswald height chart 00151 | | | " |
| 002334 ⑪ | 2 backyard prints 133 A/B | | | " |
| 000632 ⑫ | Dees print of 133C | | | " |
| 001099 ⑬ | Dem. print | | | " |

Dillard letter

Dallas TX 75265
Attn Tom Dillard

| LE # | DESCRIPTION OF PHOTO MATERIALS | PARTY RCVG OR DOCUMENT LOCATION | OUT | RETURNED |
|---|---|---|---|---|
| 14) | BBC video tape (2 reels) | Reyhaw Screening room | 3/31/78 | 4/7/78 |
| 15) See Time/Life | De Moh print / 2 time prints of Oswald | Bora | 4/11/78 | returned 4/21/78 |
| 16) 005011 / 00109 | DCA film copy / 8 SS limo photos / 3 W.C. exh photos | T. Canning " | (majic?) 4/14/78 " | returned |
| 17) Cor A | 4 prints: / 133A (from book) ✓ / 133B " " ✓ / 133 G. Dee copy ✓ / 133? De Moh print copy ✓ | McCamy | 4/18/78 | returned 5/11/78 |
| 18) 001099 | De Mohrenschildt print | Klein's safe (Handwriting Panel) | 4/18/78 | Security |
| 19) | Hughes film / Tramp negatives / p. / (Caswell front view: scar/eyebrow) | Aerospace / Aerospace | 4/10/78 | Hughes to LASL 5/18/78 |
| 20) 002518 | Time Life material / (9) Rickerby Negatives (2 C 4) | Bob Groden | 4/19/78 | returned 5/1/78 |
| 21) / 007469 | Sent to Col McCamy 4/25/78: / 1) Ballistic Panel print of FBI / photo of rifle W.C. exhibit #139 / 2) Package of materials from DPD: / rifle negative / 4 photos of camera / camera information | | | |

Dillard letter

Dallas TX 75265 / Attn Tom Dillard

| | | | | |
|---|---|---|---|---|
| 22. | 4877 | Willis #5 | Aerospace | 4/28/78 |
| | 3295 | Dillard neg (12) | " | returned 4/15/78 |
| 23. | | (1) ID photo (3 copies to be made) (Jim Kelley) | Bara | 5/1/78 returned |
| | | 133 (DeM) photo (cy negative and 16x20 enlargement) | " | returned |
| 24 | | 133A Stovall print orig, neg & enlargement | Kirk | 5/5/78 |
| 25 | 002518 | (Time/Life material) THM 4 neg and corresponding print mailed 5/8/78 | Rickerby Ron Francis | 5/8/78 |
| 26 | | 13 B/W prints 1 color print (Willis) To → (5 copies to be made of each) | Bara | 5/8/78 returned 5/9/78 (Jack Moriarty) |
| 27. | | Cy DeM print (edges shown) Cy Archives negative (enlarged w/edges shown) | Everitt Merritt | mailed 5/15/78 |
| 28. | 003295 | (12) Dillard negatives | SRI | mailed 5/22/78 returned 10/30/7 |
| 29. | 008596 | RIT material sent back to RIT: 7 aerophotos 3 prints (enlarged) disposition - interneg Rickerby negs (4) Groden's THM photo | | 5/30/78 |

(Dillard letter)  Dallas TX 75265
Attn Tom Dillard

30. 008598  RIT TUM materials returned to Ron Francis  5/30/78
    (+ Groden print of Rickerby)

31. (Bora) Prints of 3 frames of DCA film to Tom Canning  5/30/78

32. DeM & Stovell prints } To RIT  6/16/78 returned
    RIT Backyard material

33. Rickerby negs - Groden  6/22/78 ~~returned?~~

34. Dr Kerby: Tramp photos (1)  6/23/78
    (3) Caswell side - front - tramp

35. dup copies Hughes - Bell - Z  6/27/78 returned
    Joe Bastieri

36. 3 tramps additional pix to Clyde Snow  7/11/78
    Miller.

37. Groden  SSZ, DCA (2), Allen, Powell  7/22/78
    tramp negs, Norman, Bell

38. Chiodo  Altgens (Milteer)  returned 8/15/78

39. To Snow  Altgens (Milteer & Lovelady)  8/23 & 24 (returned)

40. To B. Sherman  B/W Zapruder  (est) 8/18/78
    print of Betzner & Willis  (returned)

41. (2) Altgens negs to Bora  (9/1/78 returned to UPI)

42. Betzner & Willis 6 prints to Bora  (returned 10/17)  10/16/78

43. 1) USC hardcopy & dicomed color negatives  mailed to
       for ANDR - 2-1 through 2-4  B. Sherman
                  3-1 through 3-10 (2 ea of 3-9 and 3-10)  10/18/78  (returned)
    2) 16mm film Avert ag  4-1 - 4-3
    3) Rotoscope Z  5-1 - 5-3

    (different letter)  Dallas TX  75265
                        Attn Tom Dillard

44. Groden taking to Bara:                                10/27/78
    returned  2 Moorman photos
    10/27/78  Powell duplicate original
              ✓ Craft photo

45.   Hughes / Towner film (originals)                    10/27/78
      returned 12/27/78  [signature]

46.   SRI frame 24-1 to Bara                              11/2/78

47. 005132   Paschall 8mm film & 7 slides
             returned to owner's attorney -              11/22/78

48. 004976   Bell 8mm film                               11/22/78
             returned to F.M. Bell

49. 000138   4 pictures / 1 neg
    000265   1 photo (Bell frame print)                  11/22/78
             returned to Lovelady

50.          SS Zapruder 8mm
             Cliff copy rendered to Groden               11/22/78

51. 004337   P. Bothun (returned)                        11/22/78
             4 neg / 4 prints

52.   Returned by Robt Groden 12/27/78 —  1 Hughes orig
                                          Towner  "
                        DCA orig & 2 DCA copies (masters)
                        [signature]        SS Zapruder

---

Dillard  Dallas TX 75265
letter   Attn Tom Dillard

53. Graden (orig Gary) → DCA original } returned 2/12/79  1-15-79
54.    "                    Dorman orig                      2-5-79
55. W. Bond              9 orig Bond slides                  2-5-79
                         returned.

56. Graden     ① (2) Dillard negatives
               ② 3 movie reels (16mm)
                    (one large, one medium,
                     one small)

57. Photographic Materials                                   3/20/79
    Returned to photographers:
    see attached list →
         → Dolce           1 print 133 C
         → Stovall         2 prints 133 B & C
         → Dorman          1 film (orig)
         → Robt Jrien
           Zapruder    →   dup film copies (6)
                           and kind frame transparencies
         → Dallas Times    Un Allen negatives
           Herald              (18)
           (Robt Hollingsworth)
         → Robt Hughes     orig & 2 dups
                           Hughes film
         → Moorman         (1) poroid print
         → S. Service      Zapruder copy
         → T. Barnes       (1) film and 4 slides

[attached slip:] Dallas TX 75265, Attn Tom Dillard  (Dillard letter)

3/14/79

Photographic materials to be returned:

1) Dees - 133 C print      Mrs. Geneva Dees
                                 3405 Bonham St
                                 Paris Tx

2) Stovall 133-C & A prints      R. Stovall
                                   1915 Riverway Dr
                                   Dallas Tx
                                   75217

~~3) De Mohrenschildt print of 133 A~~
3) J.H. Dorman     (film)
    Texaco Oil Co   Box 9909
    Bakersfield Ca 93309

4) Zapruder dups      Robt Trien
                       360 Lexington Ave
                       NY, NY 10017

3295  4) Allen (18) negs - tramps/rifle   Dallas Times
       (Hollingsworth)            Herald

" ? 5) Dallas Morning News - Dillard
       P.O. Box 225/237           negs

x) Hughes film (orig & 2 dups)
   Robt Hughes
   RR 2
   Laconia Iowa 50139

5. DCA film(s)
   Time - copy
   Groden   Negros - orig + copies (Groden 8mm)?
   to return  Time copy   Do not return Negros prints
              until Groden splits master for Time
x) Moorman Polaroid #1
   Mary Moorman
   9530 Forest View Dr
   Dallas TX 75243

x) 55 copies of Zapruder
   U.S. Secret Service          634-5771
   1800 G St N.W.                attn: Robt Goff
   Rm 842
   Wash D.C. 20223

x) Paul McCaghren
   3737 Noble St Suite 255
   Dallas 75204

x) Tina Barnes - film/slides
   2655 La Paloma
   Carollton Tx 75006