# EXHIBIT 15

```
                                                                Date:08/10/94
                                                                Page:1

                      JFK ASSASSINATION SYSTEM
                        IDENTIFICATION FORM
------------------------------------------------------------------------------
                          AGENCY INFORMATION

             AGENCY : FBI
      RECORD NUMBER : 124-10267-10442

      RECORDS SERIES :
WMFO

  AGENCY FILE NUMBER : 52-17776-17
------------------------------------------------------------------------------
                          DOCUMENT INFORMATION

         ORIGINATOR : FBI
               FROM :
                 TO :

              TITLE :


               DATE : 00/00/00
              PAGES : 8

           SUBJECTS :

SEE FBI 52-104408-15 P109-112




      DOCUMENT TYPE : PAPER, TEXTUAL DOCUMENT
     CLASSIFICATION : U
       RESTRICTIONS : OPEN IN FULL
     CURRENT STATUS : O
DATE OF LAST REVIEW : 08/09/94
    OPENING CRITERIA :

           COMMENTS :




------------------------------------------------------------------------------
                         [R] - ITEM IS RESTRICTED
```

# FEDERAL BUREAU OF INVESTIGATION

WFO 52-17776

Date of transcription: 10/3/79

Jane Lind Downey, Director of Consumer Assistance Office, American Movers Conference, 1117 North 19th Street, Arlington, Virginia, office telephone number 524-3199, home address 4514 A-1 South 36th Street, Arlington, Virginia, home telephone number 379-7398, was interviewed at her place of employment. Downey was advised of the identity of the interviewing Agent and the fact that this interview was in connection with her past employment with the United States House of Representatives Select Committee on Assassinations.

Thereafter, Downey voluntarily provided the following information:

Downey advised that she was employed as a Research Attorney for the Select Committee on Assassinations in Washington, D.C. (WDC). At that time part of her duties involved reviewing the autopsy photographs and X-rays of the late President John F. Kennedy. At the present time, she is employed with American Movers Conference and has been there since her employment with the Select Committee.

Some time in February of 1978, she recalls that an individual identified as Robert Groden, Photographic Technician, who was hired as a consultant by the Committee, reviewed the copies of the autopsy photographs regarding President John F. Kennedy. The purpose of reviewing these photographs was to make duplicate copies using a special process to evaluate the entry and exit wounds on the President, using a method other than what the Committee had already tried. She recalls that Groden made copies of four different autopsy photographs and was using a special process. He was trying to determine if the entry wound in the back of the head was different from the original wound and could have possibly been tampered. Groden used several settings on his camera, using ultraviolet light to reproduce the four autopsy photographs. At the time this examination was conducted, it was done in the presence of Lance William Svendsen, Security Coordinator for the Committee.

The examination and reproduction of the photographs took place in one of the Committee room offices,

---

Investigation on 9/26/79 at Rosslyn, Virginia   File # WFO 52-17776-17

by SA GARY N. FAVITTA:pag   Date dictated 9/27/79

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

at which time Groden, along with his wife, brought their own chemicals for developing and made what she believed to be four autopsy photographs. At the time these photographs were made, at no time were the negatives or photographs ever out of the presence of Svendsen, and subsequent to the final analysis, all original film, negatives, and waste material were collected by Svendsen for destruction.

Prior to the reproduction and examination of autopsy photographs by Groden, authorization had been obtained from G. Robert Blakey, who gave them permission to reprint the photographs of the autopsy that Groden needed for his examination. Svendsen displayed a bound book to Groden depicting 27 8 X 10 glossy color photographs of the autopsy of President Kennedy. Svendsen had him select the photos from the book that he would need for his photographic examination. After Groden selected what she believes to be four photographs, Svendsen then pulled the photographs from the book and put the remaining photographs in a secure place. At that time Groden was then allowed to use his photographic processing to reproduce the four autopsy photographs that he requested in an effort to show that evidence of tampering existed.

During the time of this processing, she is positive that Svendsen made Groden account for every photograph, negative, and all waste material at the conclusion of his examination. She advised the purpose of this examination was that Groden was convinced that the photographs relating to the autopsy were fake and that he could prove it. He tried to support this theory by showing that a dark line existed on the back of the head of one of the photographs, which would depict that that was not the actual photograph of the President. Downey stated that former photo experts and doctors have explained the dark line in the photograph in question as being dried blood that caused the darkening on the back of the head.

At the conclusion of the examination and the reproduction of the evidence by Groden, she believes that all the negatives and photographs that were reproduced by Groden were placed in a large bag for classified material,

WFO 52-17776

at which time Svendsen brought it downstairs to their shredding machine and shredded the entire contents.

Downey advised that she recalls two complete books of autopsy photographs, each consisting of 27 separate 8 X 10 color glossy photographs, in the Committee Room. Security personnel working for the Committee had a special room set aside with all the autopsy photographs, evidence, CIA reports, and FBI investigative reports. She also believes that a guard was posted outside the door at all times leading to the secure area where the evidence and above mentioned articles were kept. Additionally, the security personnel, consisting of Svendsen and Robert Morrison, were in control of the books and maintained them in a safe when they were not in use by the Committee or its staff members or outside consultants.

When photographs were requested for observation, either Svendsen or Morrison would bring the albums, consisting of the autopsy photographs, out of the secured safe and log the person's name who was to review the photographs. Additionally, the person would have to sign the log showing that they were receiving the photographs. At the conclusion of the observation, the album would then be logged back in by the same person, at which time Svendsen or Morrison would take an inventory of the album to make sure that all 27 autopsy photographs were present and accounted for.

Another staff member with the Committee identified as Mark Flannigan spent a lot of time with the autopsy X-rays and photographs. He could possibly add some additional information regarding the procedure relating to the autopsy photographs. Downey advised that at the present time Flannigan is attending law school at the University of Virginia at Charlottesville, Virginia.

At the conclusion of this interview, Downey advised that she recalls other photographs relating to Lee Harvey Oswald and copies of other various things such as personal letters, effects, copies of books, and things relating to the Committee mysteriously disappeared from the Committee

3

WFO 52-17776

area. She explained that she could offer no explanation for this, but found it difficult to leave many things unsecured because of the constant problem of these items disappearing. She continued to explain that many of the staff members were history buffs and found it intriguing to obtain as much information as possible regarding this period of time.

4