# EXHIBIT 16

Date:07/27/93
Page:1

JFK ASSASSINATION SYSTEM
IDENTIFICATION FORM

AGENCY INFORMATION

AGENCY : HSCA
RECORD NUMBER : 1801006810269

RECORDS SERIES :
RECORDS CREATED OR RECEIVED AFTER THE COMMITTEE'S EXPIRATION

AGENCY FILE NUMBER :

DOCUMENT INFORMATION

ORIGINATOR : HSCA
FROM : BLAKEY, G. ROBERT
TO : POWELL, JAMES W.
TITLE :
DATE : 03/30/79
PAGES : 1

SUBJECTS :
HSCA, ADMINISTRATION
HSCA, PHOTOGRAPHIC EVIDENCE PANEL

DOCUMENT TYPE : LETTER
CLASSIFICATION : U
RESTRICTIONS : OPEN IN FULL
CURRENT STATUS : O
DATE OF LAST REVIEW : 07/12/93
OPENING CRITERIA :

COMMENTS :
Box #:1.

[R] - ITEM IS RESTRICTED

STOKES, OHIO, CHAIRMAN
..., D.C.          SAMUEL L. DEVINE, OHIO
..., D.C.          STEWART B. McKINNEY, CONN.
... BURKE, CALIF.  CHARLES THONE, NEBR.
...ODD, CONN.      HAROLD S. SAWYER, MICH.
..., TENN.
...AN, IND.
...DGAR, PA.

(202) 225-4624

Select Committee on Assassinations
U.S. House of Representatives
3369 HOUSE OFFICE BUILDING, ANNEX 2
WASHINGTON, D.C. 20515

March 30, 1979

Mr. James W. Powell
1150 Monument Street
Pacific Palisades,
California 90272

Dear Mr. Powell:

    In connection with the investigation of the House Select Committee on Assassinations into the circumstances surrounding the death of President John F. Kennedy, I am writing concerning the 35mm color transparency that you made available to the Committee's Photographic Evidence Panel. This article was subjected to digital image processing, and was the subject of extensive analysis in the Final Report of the Photographic Evidence Panel. Upon completion of the digital image processing the slide was returned to the Committee's offices. I regret to inform you, however, that it has since been misplaced in handling. We have conducted an extensive review of our files, but have not been able to locate it. This search will continue until the Committee's files are delivered to the National Archives.

    Because of the Committee's desire to lessen the extent of your loss, I am enclosing a duplicate slide made from your original transparency, as well as a series of the original enhanced slides that were generated from your slide during the computer enhancement process at the University of Southern California. Please note that since your slide was subjected to digital image processing, the images as they were recorded on the original transparency are now permanently preserved in a computer tape at the National Archives.

    The Committee appreciates the cooperation that you have extended to it, and, again, regrets the loss that has occurred.

Sincerely,

*G. Robert Blakey*

G. Robert Blakey
Chief Counsel and Director

Encl