# EXHIBIT 17




www.maryferrell.org

**Title:** PHOTOGRAPHIC MATERIAL - FILE INDEX/ORIGINAL PHOTOGRAPHIC MATERIAL...
**Author:** n/a
**Pages:** 7
**Agency:** HSCA
**RIF#:** 180-10116-10418
**Subjects:** PHOTOGRAPHS AND FILMS; EVIDENCE; HSCA, ADMINISTRATION
**Source:** n/a

```
                                                            Date:08/20/93
                                                            Page:1
                        JFK ASSASSINATION SYSTEM
                          IDENTIFICATION FORM

------------------------------------------------------------------------
                           AGENCY INFORMATION

              AGENCY : HSCA
       RECORD NUMBER : 180-10116-10418

       RECORDS SERIES :
  NUMBERED PHOTOGRAPHIC MATERIALS

   AGENCY FILE NUMBER :
------------------------------------------------------------------------
                          DOCUMENT INFORMATION

          ORIGINATOR : HSCA
                FROM :
                  TO :

               TITLE :
  PHOTOGRAPHIC MATERIAL - FILE INDEX/ORIGINAL PHOTOGRAPHIC MATERIAL...

                DATE : 00/00/00
               PAGES : 10

            SUBJECTS :
  PHOTOGRAPHS AND FILMS
  EVIDENCE
  HSCA, ADMINISTRATION

       DOCUMENT TYPE : LIST
      CLASSIFICATION : U
        RESTRICTIONS : OPEN IN FULL
      CURRENT STATUS : O
  DATE OF LAST REVIEW : 08/18/93

     OPENING CRITERIA :

            COMMENTS :
  Film labels enclosed & notes.  Photographic materials file index.  Folder
  list Box 1.  Folder list in Box 1.  Some material subject to copyright
  provisions.
```

MARY FERRELL FOUNDATION

------------------------------------------------------------------------
                        [R] - ITEM IS RESTRICTED

PHOTOGRAPHIC MATERIAL - FILE INDEX
===

000125    Man in TSBD Door - 1 print of Altgens 1-6

        X-Ref: Altgens Tri-X neg. 005166

000138    Lovelady - 1 print 63/ 1 print 73 and 2 blowups/with Oswald print

        Altgens print

000265    Duplicates of Lovelady photos in 000138

000632    Dees/White - Roscoe White photos of Oswald (index in folder)

000941    Fred Lee Crisman - 3 tramps print

000958    (oversize) White Rifle Study/Photos

001099    DeMoh.'s print of Neeley St photo (kept in Security)

    (Looks like orig. print - Russian inscription on back possibly in Oswald's handwriting)

001535    Secret Service copy of Zapruder film (for viewing only)

001576    Zapruder Film (rcvd from Robt Trien, atty for Z. estate)

(2 folders) #1:  5 copies:   1 - 16mm B/W
                         1 - 8mm neg print (not complete)
                         3 - 8mm color work copies

        #2:  Zapruder frame conversions
            35 mm reel

002115    Milteer prints

002334    LHO w/rifle (prints made from Archives prints not from negative)

002482 -
002486    Some original prints of mug book photos

        X-Ref: additional prints in 003491.

MARY FERRELL FOUNDATION

PHOTO FILE INDEX, page 2

| | |
|---|---|
| 002518 (oversize) | Time/Life Photos/Negatives - (index in folder) |
| 002635 | Extra mug book prints |
| 003115 | CIA photos used for mug book prints |
| 003257 | Spare prints and negatives (mug book, tramps, umbrella man) |
| 003294 | UPI prints (scattered throughout photo books) |
| 003295 (2 folders) | #1: Dallas Morning News (Dillard) |
| | #2: Dallas Times Herald (negatives of tramps/rifle) |
| 003297 | Pedro Diaz Lanz (prints from Lib of Congress) |
| 003356 | Ft Worth Star Telegram (index in folder) |
| 003403 | Dallas Pol Dept (index in folder) |
| 003491 | Additional mug book prints and copy negatives |
| 003853 | Assoc Press (index in folder) |
| | X-Ref: 005166 - Altgens 35 mm neg Milteer street scene / Altgens Tri X neg (Lovelady) |
| 004054 | Sprague (copy negatives and prints made) |
| | Index of prints given to C. Fenton inside folder |
| 004077 | Sprague copies of Weizman film |
| 004144 | KDFW Reel 14 (Ruby shooting LHO) |
| 004337 (oversize) | Bothan - motorcade (4 neg/4 prints) / Willis - motorcade (5 prints - Ruby photo) |

MARY FERRELL FOUNDATION

PHOTO FILE INDEX, page 3

| | |
|---|---|
| 004347 | Hughes - TSBD 6th Floor window just before shooting |

    8 mm original
16 mm copy
35 mm print

004349    Tina Towner (Barnes) - grassy knoll & companion of umb. man

    4 slides
    8 mm  film

004387    Couch - copy negs & prints (poor)

    Dillard prints (in books)

004388    Carrico - early motorcade prints
    (history in work files)

004635    Duart copy of Zapruder film

004749    Dealey Plaza Photos/Survey (Dal City Parks Dept) large chart in Security
(oversize)

004877    Willis - motorcade    (23 transparencies - copyrighted)

004879    Dallas Pol Dept - orig mug shot negs of LHO/Ruby

    Dallas Times Herald - 7 negatives LHO/Ruby

004896    KDFW Reel #8  (see Dallas trip report)

004976    Bell - Dealey Plaza    8 mm film (orig and copy)

004977    DCA 8mm film (copy)

004978    WFAA - Dealey Plaza - post assas. DPD  3 reels
(oversize)

005011    DCA - 4-8mm films (1 master original #3)

MARY FERRELL FOUNDATION

PHOTO FILE INDEX, page 4

005013     Bond slides - originals          Umbrella Man

005082     Powell  negatives & slides: result of ESL digital scanning of Powell negative
           (Powell original in Security)

005097     Dorman 8 mm film    Motorcade from TSBD window

005132     Paschall - motorcade          8 mm film & 7 slides

005154     LHO Marine photos

005166     Altgens               Milteer -  Man in TSBD doorway
           B/W photos & tri-x negatives (rcvd from AP)

           BBC video tapes - "The Assas of Pres K ... What Do We Know Now ..."
             Parts I & II (sent by David Osterland)

MARY FERRELL FOUNDATION

ORIGINAL PHOTOGRAPHIC MATERIAL TO BE RETURNED BY HAND CARRIER

| File No. | Description | Return to |
|---|---|---|
| 5166 | Altgens negatives | Harold Buell, Associated Press, New York |
| 4337 | Bothun negatives | R. O. Bothun, Ft. Worth |
| 5013 | Bond slides | Wilma Bond, Dallas |
| 3295, 4879 | Negatives of tramps/rifle/ LHO in line-up room at DPD | Ken Johnson or Ray Adler at Dallas Times Herald, Dallas |
| 3295 | Dillard and Laird negatives | Tom Simmons or Tom Dillard at Dallas Morning News |
| 4347 | Hughes film | R. J. Hughes, Iowa |
| 5440 | Patty Paschall film and slides | Fred Bruner, her attorney, Dallas. |
| 4976 | Mark Bell film | Mark Bell |
| 5097 | Elsie Dorman | Bakersfield, Calif. |
| Security | James Powell transparency | James Powell, Pacific Palisades, Calif. |
| 4337 & 4877 | Phillip Willis prints and transparencies | Phillip Willis, Dallas |
| 1576 | Zapruder film copies/slides | Henry Zapruder in Wash. or attny. Trien in New York |
| 4144 | KDFW - reel 14 (keep as Committee paid for) | |
| 4896 | KDFW - reel 8 (check to see if Committee paid for this, if not return to KDFW) | KDFW, Dallas |
| 3295 | KXAS video tapes (4 in over-size drawer) | KXAS-TV, Ft. Worth |
| 4978 | WFAA tapes | WFAA-TV, Dallas |
| 4879 | LHO and Ruby mug shots | Dallas Police Dept. |
| 1535 | Secret Service copy of Zapruder film | Secret Service |
| 632 | Geneva Dees' copies of photos | Geneva Dees, Paris, Texas |
| 4349 | Tina Towner film and slides | Tina Towner |

| File No. | Description | Return to |
|---|---|---|
| 4388 | Gary Carrico photos of motorcade (2) | Gary Carrico |
| 4977 | DCA - copy | DCA, Dallas |
| 5011 | DCA originals | DCA, Dallas |
| ? | Tape of BBC broadcast furnished Committee by Osterlund | Osterlund, Syndicast, N.Y. |
| 2518 | Time photos and negatives | Time, N. Y. |

PHOTOGRAPHIC MATERIALS IN SECURITY:

Powell color transparency showing TSBD

DeMoh original B/W of Neeley St.

Camera/accessories alleged to have been used for autopsy photos.

MARY FERRELL FOUNDATION