# EXHIBIT 19

TO: CHIEF COUNSEL AND DIRECTOR

FROM: DIRECTOR OF SECURITY

DATE: 2 May 1978

RE: SECURITY VIOLATIONS; REPORT OF

1. The following security violation is hereby reported:

   While making a routine inspection at approximately 0810, this date, I found Security Container #100804 located in Room 3376 in the open position. It was quite evident that no attempt had been made to secure the safe properly as the drawer was left open approximately five inches. Andy Purdy was the individual who sighed out on the SPACE CHECK OFF LIST from the day before. This is the fourth time that safes have not been secured properly in this particular room.

2. I made mention to Gary Cornwell and asked that perhaps some stronger language be used in securing the safes properly as I have brought this to the attention of personnel working in this particular room.

*Bob Morrison*

BOB MORRISON

COPY TO:

GARY CORNWELL