# EXHIBIT 20

```
                                                           Date:07/27/93
                                                           Page:1
                        JFK ASSASSINATION SYSTEM
                          IDENTIFICATION FORM
-------------------------------------------------------------------------
                           AGENCY INFORMATION

              AGENCY : HSCA
       RECORD NUMBER : 1801006810270

       RECORDS SERIES :
RECORDS CREATED OR RECEIVED AFTER THE COMMITTEE'S EXPIRATION

   AGENCY FILE NUMBER :
-------------------------------------------------------------------------
                           DOCUMENT INFORMATION

           ORIGINATOR : HSCA
                 FROM : BLAKEY, G. ROBERT
                   TO : DILLARD, TOM
                TITLE :

                 DATE : 03/30/79
                PAGES : 3

             SUBJECTS :
   HSCA, ADMINISTRATION
   DALLAS MORNING NEWS
   HSCA, PHOTOGRAPHIC EVIDENCE PANEL
   SRI INTERNATIONAL
   PETTIJOHN, RICHARD R.

        DOCUMENT TYPE : LETTER
       CLASSIFICATION : U
         RESTRICTIONS : OPEN IN FULL
       CURRENT STATUS : O
  DATE OF LAST REVIEW : 07/12/93
     OPENING CRITERIA :

             COMMENTS :
   SRI Letter Attached. Box #:1.
```

-------------------------------------------------------------------------
                        [R] - ITEM IS RESTRICTED

LOUIS STOKES, OHIO, CHAIRMAN
CHARDSON PREYER, N.C.          SAMUEL L. DEVINE, OHIO
WALTER E. FAUNTROY, D.C.       STEWART B. MCKINNEY, CONN.
YVONNE BRATHWAITE BURKE, CALIF. CHARLES THONE, NEBR.
CHRISTOPHER J. DODD, CONN.     HAROLD S. SAWYER, MICH.
HAROLD E. FORD, TENN.
FLOYD J. FITHIAN, IND.
ROBERT W. EDGAR, PA.

(202) 225-4624

Select Committee on Assassinations
U.S. House of Representatives
3369 HOUSE OFFICE BUILDING, ANNEX 2
WASHINGTON, D.C. 20515

March 30, 1979

Mr. Tom Dillard
Dallas Morning News
P. O. Box 225237
Dallas, Texas 75265

Dear Mr. Dillard:

In connection with the investigation of the House Select Committee on Assassinations into the circumstances surrounding the death of President John F. Kennedy, enclosed are the materials that you loaned to the Committee for our analytical work. Your photographs were subjected to extensive enhancement efforts, and received detailed analysis in the Final Report of the Photographic Evidence Panel.

I regret to inform you, however, that one of your 35mm transparencies was severely damaged while undergoing autoradiographic enhancement. This occurred despite assurances that the Committee received from its contractor, SRI International, that this process was nondestructive (see page seven of the enclosed SRI Research Proposal).

Enclosed are copies of letters from SRI and Robert Groden outlining the nature of the damage. Mr. Groden had nothing to do with this project but was asked to examine the film to assess the damage. He indicates that two of the transparencies have been damaged, but SRI maintains that this is not the case. I am also enclosing copies of the enhancement work that were generated from your original materials. It is hoped that this will lessen somewhat the loss that has occurred.

Finally, please note that your original transparencies were subjected to digital image processing prior to applying autoradiographic enhancement. Thus a computer tape of the original materials has been preserved for the National Archives.

The Committee appreciates the cooperation and patience that you have displayed regarding these materials and regrets the damage to your property.

Sincerely,

G. Robert Blakey
Chief Counsel and Director

Encl



October 27, 1978

Ms. Jane Downey
Select Committee on Assassinations
House Annex No. 2, Room 3371
2nd and D Streets, SW
Washington, D.C. 20515

Dear Ms. Downey,

Enclosed are the 12 original Dillard photographs, frame numbers 8, 9, 10, 11, 12, 13, 21, 22, 23, 24, 25 and 26. Frame numbers 8, 13, 24 and 26 were radiochemically toned, autoradiographed, and the I-125 isotope removed.

Following the processing of frame numbers 13 and 26, Mr. Robert H. Selzer, JPL, evaluated the original negatives and autoradiographs and authorized continuation of the program to include frame numbers 8 and 24.

During the I-125 isotope removal step, frame number 24 became detached from the agitation apparatus and the gelatin was abraded during the time it was freely agitated without support. The damaged area unfortunately extended into one side of the region of interest.

The intensification procedure is non-destructive as our precautionary testing confirmed. However, the apparatus malfunction was completely unforseen and was not detected until after the process step was completed.

SRI International and the staff that worked on the program regret this unfortunate accident and extend our sincerest apologies to the Committee and the Dillard family.

Yours truly,

Richard R. Pettijohn
Manager
Radiation Physics

RRP:tl

Encls.

SRI International

333 Ravenswood Ave. • Menlo Park, CA 94025 • (415) 326-6200 • Cable: SRI INTL MNP • TWX: 910-373-1246