# EXHIBIT 23

Box 631
(No tape in box)

UNIVERSITY OF CALIFORNIA
LOS ALAMOS SCIENTIFIC LABORATORY
(CONTRACT W-7405-ENG-36)
P.O. BOX 1663
LOS ALAMOS, NEW MEXICO 87545

# 010493

IN REPLY
REFER TO: M-8
MAIL STOP: 263

August 4, 1978

Prof. H. C. Andrews
Image Processing Institute
University of Southern California
Los Angeles, CA 90007

Dear Harry:

Here, I hope, is the last tape, ANDR5, for the Select Committee. It contains 5 images.

Zapruder Frame 200 has been recopied in order to eliminate the streaks. Frame 313 is on this tape, and not confused with 314 as it was at ETL. Frame 413 has been redone in order to get the bottom of the head in the image.

The last two images are from the Nix film. NIXAV is an average of eight frames approximately centered temporally at the head shot followed by a MAP enhancement. The subject of interest is the gunman in "classic military firing position." NIX219 is the Nix Frame 219 only plus a MAP enhancement. Again, the feature of interest is the same.

I am also sending Jane Downey a copy of ANDR5 to go with the collection which I left with her in July.

I suspect that she will want copies of some of these images for the hearings.

The tape index follows:

ANDR5 - Each image consists of three files in the order red, green, blue. All data is 8-bit.

| Frame | Records/Frame | Pixels/Record | Nonzero Pixels/Record | 60-Bit Words |
|-------|---------------|---------------|-----------------------|--------------|
| Z200  | 256           | 510           | 500                   | 68           |
| Z313  | 256           | 480           | 465                   | 64           |
| Z413  | 255           | 330           | 305                   | 44           |
| NIXAV | 256           | 330           | 325                   | 44           |
| NIX219| 256           | 300           | 300                   | 40           |

Yours truly,

D. H. Janney

DHJ/fg
Enc: a/s
cc: Jane Downey, w/ANDR5 (copy)
    B. R. Hunt, U of A, Tucson, AZ, w/o

An Affirmative Action/Equal Opportunity Employer