# EXHIBIT 24



July 16, 1991

Mr. Thomas Wilson
4402 Logans Ferry Road
Murrysville, PA  15668

Dear Mr. Wilson:

In reply to your letter of July 2, we are unable to answer completely all the questions you posed for us concerning the administrative history and handling of the originals and various copies of the Zapruder, Nix and Muchmore audiovisual items relating to the Kennedy assassination.

We can, however, list for you what audiovisual items we do have in our custody for these three films, and you are welcome to inquire further whether by phone or a visit concerning the items listed below.  Please note that none of the originals are available for viewing, however copies can be viewed as you had already done, or purchased once permission is received from the copyright owners.

The 3/4-inch video copies you viewed in our research room were made by our lab as nonbroadcast research viewing copies from the following:

1.  Item 233JFK.004635.  This copy of the Zapruder film was received as part of the files of the 1978 House Assassination Committee.  It is a 16mm enhanced color copy (silent) as prepared by the committee.  We have made 16mm internegatives and a release print and made the 3/4-inch video research room copy from the print.

In our other holdings, we also have on the Zapruder film:

> - the original 8mm film (held in courtesy storage for the Zapruder family)

   - various 2nd and 3rd generation copies as received as a donation from Time-Life (Item 200.425)

   - Warren Commission exhibit copies under exhibit CE-904 identified as items 272E.42.9 and 42.14 which are 8mm copies indicated as 1st generation dupes of original, plus various 8mm copies and 16mm copy blowups.

2. For the Nix and Muchmore films as received from the Warren Commission files, we have:

Item 272E.42.7  the original 8mm Muchmore film, CE-906

Item 272E.42.8  a copy of the original 8mm Nix film, CE-905

Plus for both these films there are 8mm copies and 16mm black and white copy blowups.

The 3/4-inch copy of Nix and Muchmore that you viewed in our research room was made from one of the 16mm copy blowups for easier research viewing.

We hope this information is helpful to you and we would be happy to answer any additional questions within reason. However, you must realize that while we can trace the provenance and our continuous possession of these materials since they arrived in our custody, we cannot after these many years provide names, dates, types of equipment or copying processes.

Sincerely,

*L. Waffen*

LESLIE C. WAFFEN
Assistant Branch Chief
Motion Picture, Sound and
  Video Branch

COPY