# EXHIBIT 26

**From:** Daniel Rooney <daniel.rooney@nara.gov>
**To:** Gayle Jackson
**Sent:** Monday, February 23, 2015 3:44 PM
**Subject:** Re: FOIA Request RD 45339

Dear Gayle,

I would be happy to assist you to the greatest extent that I can. Yes, you are correct in that I am the Supervisory Archivist for the National Archives' Motion Picture Branch. We are holding several collections of JFK Assassination related films - - including multiple early generation copies of the Nix film.

My understanding has always been that the Nix original was lost while in the custody of UPI. Mr. Blakey's suggestions focus on the time period when the House Select Committee examined the original film? A brief search of NARA's JFK Database does show correspondence from the Committee's work in examining the original from UPI. Perhaps those records are worth exploring? Let me see what I can do to get you started in the correct direction.

I can tell you off the top of my head that there are at least two versions of the Nix film in NARA's holdings, and probably more. One is an early FBI copy of the film (a master positive) and the other is the Warren Commission copy with official Commission Exhibit number. I recall a Secret Service copy as well and I need to verify the correct citation. Let me go back through our inventories and get you a more definitive listing.

I will get back to you later this week with more information as regards to relevant NARA holdings.

With Best Regards,

Dan


Daniel Rooney, Supervisory Archivist
Special Media Archives Services Division (RDSM)
National Archives at College Park
8601 Adelphi Road
College Park, MD 20740
Office: 301-837-1995
Mobile: 301-974-7657
Daniel.Rooney@nara.gov




On Mon, Feb 23, 2015 at 1:21 PM, Gayle Jackson wrote:
Hello Mr. Rooney,

I have been communicating with G. Robert Blakey who has offered to help me in anyway he can in finding my grandfather's camera original film of the JFK assassination. Could you help me as well? I don't know if you are the one this FOIA request should go to, but because you are in charge of films, I'm starting with you. Here are the questions Mr. Blakey suggested I ask:
You should now write the National Archives to find out whether its index of the files of the committee and its exhibits notes the existence of the film and what happened to it.
Do the files index say it is still in the files?
Do the letters of the committee indicate we sent it back to you, or, if not, to whom?

Can you answer these questions for me?

Thank you,

Gayle

Gayle Nix Jackson, author
"Orville Nix: The Missing JFK Assassination Film
http://www.gaylenixjackson.com/

Confidentiality Notice: This message may contain confidential information and is intended only for the named recipient. If you are not the intended recipient, you should not disclose, forward, distribute, use or copy this email or its contents. If you are not the named addressee, please notify the sender immediately by return email that you have received this email by mistake and delete this email from your system.

**From:** Daniel Rooney <daniel.rooney@nara.gov>
**To:** Gayle Jackson
**Sent:** Thursday, February 19, 2015 1:14 PM
**Subject:** FOIA Request RD 45339

Dear Ms. Jackson,

This is in response to your February 2, 2015 Freedom of Information Act (FOIA) request (RD 45339) regarding access to a NARA film titled, *Reenactment Through Orville Nix Camera*. Your request was received in this office on February 4, 2015.

We have identified this film as NARA ID # 65-JFK-21. This item is open and available for research and there are no access restrictions governing requests. However, the original 8mm film is currently undergoing preservation work at one of NARA's vendors. NARA expects to receive new 16mm preservation copies out of this process, and we anticipate the work being completed within the next two months. In the meantime, we have asked our vendor if the work on that specific item could be accelerated should you wish to order a copy, and they have responded

positively. If you are indeed interested in ordering a copy, please let me know and I would be happy to provide you with the appropriate forms and guide you through that process.

Regarding the additional items that you have requested from NARA, the records are held by different NARA custodial units and have been referred to the appropriate offices for a direct reply. You should expect to hear from them regarding access.

If the Motion Picture, Sound and Video Branch can be of any further assistance, please do not hesitate to contact me at the information below.

We do not consider this response a denial under the Freedom of Information Act. If you consider this an adverse response you may appeal, in writing, within 35 days of the date of this letter. Address your appeal to the Deputy Archivist of the United States, National Archives at College Park, 8601 Adelphi Road, College Park, Maryland, 20740, and explain why you think our search does not meet the requirements of the FOIA. Please indicate that yours is a FOIA appeal and refer to your case number on both the envelope and the letter. Alternatively, you may e-mail your appeal to foia@nara.gov. Please note "Freedom of Information Act appeal" in the subject line of your e-mail and be sure to include your case number.

With Best Regards,


--
Daniel Rooney, Supervisory Archivist
Special Media Archives Services Division (RDSM)
National Archives at College Park
8601 Adelphi Road
College Park, MD 20740
Office: 301-837-1995
Mobile: 301-974-7657
Daniel.Rooney@nara.gov

--
Daniel Rooney, Supervisory Archivist
Special Media Archives Services Division (RDSM)
National Archives at College Park
8601 Adelphi Road
College Park, MD 20740
Office: 301-837-1995
Mobile: 301-974-7657
Daniel.Rooney@nara.gov