# EXHIBIT 30

# KENNETH R. CASTLEMAN, PhD
## TECHNICAL CONSULTANT
### 6127 BRADFORD LANE
### LEAGUE CITY, TX 77573
### (713) 254-3709

August 27, 2021

The National Archives at College Park, Maryland
8601 Adelphi Road
College Park, MD  20740

To Whom It May Concern:

My name is Dr. Kenneth R. Castleman. I am writing to share my opinion, as a nationally recognized expert in the fields of image processing and analysis, regarding the need for *emergency preservation measures* in connection with the original film of the assassination of John F. Kennedy that is known as the Nix film. I understand that this film may be housed in the National Archives.

My opinion is based upon my professional experience in image processing and analysis, which I have developed in a career spanning more than 50 years.

I received a PhD degree in Electrical Engineering from The University of Texas in 1970. From 1970 until 1985, I was a Senior Scientist at NASA's Jet Propulsion Laboratory. In 1986 and in 2003, I was called upon by NASA to assist in the investigations into the Challenger and Columbia space shuttle accidents by analyzing film and video recordings of the launches. I have served on the faculty at Caltech, and on the research staff at USC and UCLA. In addition, I have authored three textbooks on image processing, and I have authored or co-authored more than 60 scientific articles. I also served as a non-government expert on the FBI's Special Working Group on Imaging Technology (SWGIT), where I drafted procedures for the preservation of film and digital image evidence. I also conducted an analysis of the Nix film in 1973, which was mentioned in an article published in the *Columbia Journalism Review*.

I understand that the Nix film was taken on November 22, 1963 (58 years ago) using Kodak Type A 8mm movie film, designed for indoor use. This type of film degrades with age and generally has a lifespan of around 70 years when stored under ideal conditions.

I have been informed that the Nix film was analyzed by one or more companies on behalf of the U.S. government in 1978. The processes in use at that time, along with any careless handling, could very well have caused damage and premature aging of the Nix film. In addition, the repeated showings of the Nix film by the U.S. government, together with various reproductions of it that were made at that time, would likely have further damaged the Nix film.

I am also informed that the House Select Committee on Assassinations damaged a copy of the Nix film, when a projector that they used to show the film malfunctioned and overheated the film. The documents attached hereto as Exhibits A and B substantiate this and the fact that a

member of the House Select Committee attempted to disclaim this occurrence. In the past, this type of event was not uncommon when brittle 8 mm film was handled by non-experts. Thus there is reason for concern that even further damage to the original Nix film may have occurred as well. All of this substantiates the need for emergency preservation measures for this important relic of American history.

Moreover, if the Nix film – after having been handled by agents of the U.S. government – was not placed in cold storage in the National Archives (over the past 43 years), then it could have degraded even further.

Accordingly, in consideration of the following facts:

- The Nix film has aged for nearly 58 years;

- The Nix film may have prematurely aged due to various stresses placed on it by the U.S. government (and one or more companies acting on its authority); and

- It is possible that the Nix film may not have been stored under ideal conditions in the National Archives for 43 years thereafter,

it is my opinion that the Nix film is at or near the end of its lifespan.

In my opinion, absent emergency preservation measures, the imagery extant on the Nix film, a crucial historic item that captured one of the most important moments in U.S. history, may soon be lost forever.

Should you have any questions, I can be reached at (713) 254-3709 to discuss my opinion regarding this matter.

Sincerely,

*Kenneth R Castleman*
Kenneth R. Castleman

# Exhibit A

# Record Number 117-10015-10482

[See Attached]

Reproduced at the National Archives

NARA CJ  DATE 3/10/12

Date : 04/28/98
Page : 1

# JFK ASSASSINATION SYSTEM
# IDENTIFICATION FORM

## AGENCY INFORMATION

```
           AGENCY : DOJ
    RECORD NUMBER : 117-10015-10482   Not Online
    RECORDS SERIES : ROBERT L. KEUCH, SPECIAL COUNSEL TO THE ATTORNEY
                    GENERAL
AGENCY FILE NUMBER :
```

## DOCUMENT INFORMATION

```
       ORIGINATOR : FEDERAL BUREAU OF INVESTIGATION
             FROM : DIRECTOR, FBI
               TO : ROBERT KEUCH
            TITLE : HOUSE SELECT COMMITTEE ON ASSASSINATIONS, US HOUSE OF
                   REPRESENTATIVES (HSCA)
             DATE : 04/03/78
            PAGES : 4
         SUBJECTS : REQUEST FOR PHOTOGRAPHS

    DOCUMENT TYPE : PAPER, TEXTUAL DOCUMENT
   CLASSIFICATION : UNCLASSIFIED
     RESTRICTIONS : OPEN IN FULL
   CURRENT STATUS : OPEN
DATE OF LAST REVIEW : 06/05/95
  OPENING CRITERIA :
         COMMENTS : With attached FBI report dated 4/3/78.
```

[R] - ITEM IS RESTRICTED

Reproduced at the National Archives
NARA CJ  DATE 3/10/12

OPTIONAL FORM NO. 10
JULY 1973 EDITION
GSA FPMR (41 CFR) 101-11.6

UNITED STATES GOVERNMENT

# Memorandum

TO : Assistant Attorney General     DATE: April 3, 1978
     Criminal Division
     Attention: Mr. Robert L. Keuch

FROM : Director, FBI

SUBJECT: HOUSE SELECT COMMITTEE ON ASSASSINATIONS
U. S. HOUSE OF REPRESENTATIVES (HSCA)

     Enclosed are the original and two copies of a memorandum responding to an HSCA request by letter of March 27, 1978, signed by G. Robert Blakey, Chief Counsel and Director, HSCA.

     The Committee has advised that it is convening a Photographic Panel Conference on April 6 and 7, 1978, at the Image Processing Institute, University of Southern California, at Los Angeles, California.

     The HSCA has asked that the FBI make available its copy of a 16 millimeter film relating to the assassination of President John F. Kennedy, which the Committee intends to show at its Photographic Panel Conference. Additionally, the Committee requests that no FBI representative be present in the viewing room where the panel is assembled.

     The film now being requested is the same which the FBI gratuitously offered to the Committee as a substitute on February 10, 1978, in an effort to assist the Committee when it learned it did not have the proper projectors to show two eight millimeter films it had previously requested. You may recall receiving a copy of a February 16, 1978, letter which Mr. Blakey forwarded to Director Webster thanking the FBI for this accommodation.

     On February 10, 1978, when Special Agent Drew J. Clark offered the film to Committee Staff Counsel Michael Goldsmith, Special Agent Clark explicitly advised him that FBI records maintenance requirements dictated that an Agent remain with the film in the room in which the projector was located, since this film was a one-of-a-kind item in the FBI's "Assassination of President John F. Kennedy" file.

REVIEWED BY FBI/JFK TASK FORCE
ON 6/5/95 df
☒ RELEASE IN FULL
☐ RELEASE IN PART
☐ TOTAL DENIAL

To NARA, 4/4/78.

Buy U.S. Savings Bonds Regularly on the Payroll Savings Plan

5010-110

[R] - ITEM IS RESTRICTED

Reproduced at the National Archives
NARA CJ    DATE 3/10/12

Assistant Attorney General
Criminal Division
Attention: Mr. Robert L. Keuch

   Although the Committee is fully aware that it is incumbent on the FBI to preserve the chain of custody with regard to this item, HSCA now requests that any accompanying Agent leave the room when the film is shown in California.

   On March 23, 1978, Committee Counsel Michael Goldsmith telephonically contacted Special Agent Clark to acquaint him with the Committee's new requirement for the film which was originally obtained by the FBI from a United Press International (UPI) representative. This 16 millimeter film replicates portions of the Orville Nix and Marie Muchmore films and contains some photo analyses work. Goldsmith explained that the Committee is impressed with the quality of this 16 millimeter film and therefore needs to work with it again. Goldsmith was reminded that on February 10, 1978, he stated that the HSCA was obtaining its own copy of this film from UPI and would therefore probably not require the FBI film copy again. To this Goldsmith responded that UPI had declined to furnish the original film for copying except under highly technical and controlled circumstances, which will result in a cost of approximately $600 for each frame of the UPI copy that the Committee requires. Goldsmith further explained that the Committee planned to request and use the FBI copy to isolate those frames which it will eventually require from UPI.

   It should be noted that when the Committee attempted to show one of the FBI's eight millimeter films on February 10, 1978, the projector being used apparently malfunctioned and caused damage to at least one of the frames in the film. On March 23, 1978, Goldsmith disclaimed knowledge of this damage although he was present in the viewing room at the time the damage occurred. Also, on March 23, 1978, Goldsmith was offered a black and white copy of the 16 millimeter UPI film in order to overcome the difficulty of an Agent's presence, but he declined this offer stating that the Committee required the same copy it viewed on February 10 and 11, 1978, which contains color segments.

RESTRICTED



Assistant Attorney General
Criminal Division
Attention: Mr. Robert L. Keuch

    The enclosed memorandum advises that the FBI will make the requested film available in California, but the requirement for the continual presence of an Agent to maintain physical custody of it still remains. This will not only satisfy a custody requirement, but will also provide an on-the-scene FBI witness should any accidental damage to the film occur. The Committee is also being offered a possible solution to its difficulty with regard to the Agent's presence.

    You are requested to furnish a copy of the memorandum to the HSCA.

Enclosures (3)

ITEM IS RESTRICTED

# Exhibit B

# Record Number 124-10184-10126

[See Attached]

Date:07/20/94
Page:1

JFK ASSASSINATION SYSTEM

IDENTIFICATION FORM

------------------------------------------------------------------
AGENCY INFORMATION

           AGENCY : FBI
    RECORD NUMBER : 124-10184-10126

    RECORDS SERIES :

ENCY FILE NUMBER : 62-117290-461
------------------------------------------------------------------
DOCUMENT INFORMATION

       ORIGINATOR : HSCA
             FROM : BLAKEY, G. ROBERT
               TO : BELL, GRIFFIN B.

            TITLE :

             DATE : 01/30/78
            PAGES : 2

         SUBJECTS :

CA, REQ, FILMS, MUCHMORE, NIX


    DOCUMENT TYPE : PAPER, TEXTUAL DOCUMENT
   CLASSIFICATION : U
     RESTRICTIONS : OPEN IN FULL
   CURRENT STATUS : O
E OF LAST REVIEW : 07/19/94

OPENING CRITERIA :

         COMMENTS :
C MEMO

------------------------------------------------------------------
                    [R] - ITEM IS RESTRICTED

L FORM NO. 10
973 EDITION
FPMR (41 CFR) 101-11.6

UNITED STATES GOVERNMENT

# Memorandum

TO : Mr. Bassett

FROM : D. Ryan

SUBJECT: HOUSE SELECT COMMITTEE ON ASSASSINATIONS

DATE: 2-15-78

1 - Mr. Bassett
1 - Mr. Mintz
    Attn: Mr. Coulson
1 - Mr. Awe
1 - Mr. Foster

PURPOSE: To advise that 8mm and 16mm films from Bufile 62-109060-4193 were made available to captioned Committee, at its request, and one film was damaged in the process.

DETAILS: Attached request from captioned Committee, dated 1-30-78, asked the FBI to make available two 8mm motion picture films for Committee use before its panel of photographic experts. Bureau response to this request was dated 2-6-78. The films were located in Bufile 62-109060-4193. Coordination with the Legal Liaison and Congressional Affairs Unit, Legal Counsel Division, and the Committee resulted in the necessity of providing the films for the Committee's use on 2-10-78. Coordination with the Records Systems Section disclosed that a Special Agent was required to accompany the Nix film and maintain custody of it since it was a one-of-a-kind item in Bufiles. This was done, and the films, including a 16mm "UPI" film with optical analysis, also a one-of-a-kind item, were made available to the Committee on 2-10-78, and remained in the custody of SA Drew J. Clark. When the Committee attempted to show the Nix film, the projector apparently malfunctioned and caused damage to at least one of the frames by overheating. On 2-11-78, at the Committee's request, the "UPI" film was again made available to the Committee by SA George J. Foster.

RECOMMENDATION: For information.

APPROVED:

Enc.

1 - (62-109060-4193)

DJC:amo
(6)

REC-70

Buy U.S. Savings Bonds Regularly on the Payroll Savings Plan

FBI/DOJ