# EXHIBIT 31

# Re: Urgent Request: Search Requested for Emergency Preservation Purposes

**Daniel Rooney** <daniel.rooney@nara.gov>  Tue, Oct 5, 2021, 9:22 AM

Dear Mr. Birnbaum,

Thank you for providing the consolidated spreadsheet in your email of September 16, 2021. Since then, I have discussed your follow up requests with additional NARA offices involved, as appropriate based on the nature of your questions/comments.

As you are aware, the [JFK Assassination Records Reference System](#) provides indexing and citations to records from the collection, the bulk of which are textual records, as you have cited in your sheet. The collection as a whole includes records from numerous different federal agencies and donated records collections. The information provided in your spreadsheet does provide an excellent starting point for your onsite researcher. Additional determinations may have to be made about specific Record Groups and series to be identified during the virtual consultation process. In addition, because the box numbers you have cited derive from multiple series, they may not all be able to be pulled on the same research visit for you or your representative, and the quantity of boxes will likely necessitate multiple visits.

As of today, the research rooms at the Archives II facility in College Park, MD remain closed to the public, and have not yet resumed the processes of virtual reference consultation or scheduling researcher visits. NARA is making updates to the research room status on its website available [here](#).

Unfortunately, NARA is not staffed to conduct the detailed research required by your inquiries and volume of records cited. We recognize the impact that the pandemic has had on research and access to NARA holdings. We also acknowledge the urgency that you have placed on your project. Once you or your representatives are able to schedule an appointment, our reference staff will be pleased to assist you or your representative.

Please do not hesitate to contact me if I can be of further assistance.

Daniel Rooney
Director, Special Media Records Division
National Archives at College Park
8601 Adelphi Road
College Park, MD 20740
Office: 301-837-1995
Mobile: 202-641-8344
[Daniel.Rooney@nara.gov](mailto:Daniel.Rooney@nara.gov)

