# EXHIBIT 32

9:55 p.m.

To: Chief Rowley
From: Max D. Phillips
Subject: 8mm movie film showing President Kennedy being shot

Enclosed is an 8mm movie film taken by Mr. A. Zapruder, 501 Elm St, Dallas Texas (RI 8-6071)

Mr Zapruder was photographing the President at the instant he was shot.

According to Mr. Zapruder the position the assassin was behind Mr Zapruder

Note: Disregard personal scenes shown on Mr. Zapruder's film. Mr Zapruder is in custody of the "master" film. Two prints were given to SAIC Sorrels, this date The third print is forwarded.

66

M. D. Phillips
Spl Agent - PRS