# EXHIBIT 38

# RESCISSION AGREEMENT

This Rescission Agreement (this "Agreement") by and among Orville Nix, Jr. ("Orville") and ONF Enterprises, LLC, a Delaware limited liability company (the "Company", and together with Orville, the "Parties"), is effective, nunc pro tunc, as of May 28, 2021 (the "Effective Date").

1.  Rescission of Contribution by Orville. Effective, nunc pro tunc, as of the Effective Date, Orville hereby rescinds his contribution, effective as of the Effective Date, of all of his right, title, and interest in and to the original print of the film of the assassination of President John F. Kennedy, as filmed by Orville Nix, Sr., including all goodwill, if any, associated therewith (the "Property") pursuant to that certain Contribution Agreement by and among Orville and the Company effective as of the Effective Date.

2.  Ownership of the Property. Effective as of the Effective Date, Orville is the sole owner of the Property.

3.  Counterparts. This Agreement may be executed in counterparts, each of which shall be deemed to be an original and may be completed by an exchange (including, as applicable, an electronic exchange) of counterparts. All counterpart pages shall be read as though one, and they shall have the same force and effect as if all of the Parties had executed a single signature page.

*[Remainder of Page Intentionally Blank; Signature Page Follows]*

WHEREAS, the Parties have entered into this Agreement effective, nunc pro tunc, as of the Effective Date.

_____
Orville Nix, Jr.


ONF Enterprises, a Delaware limited liability company

By: _____
Orville Nix, Jr., Sole Member