# EXHIBIT 39

# QUITCLAIM ASSIGNMENT

This Quitclaim Assignment ("<u>Assignment</u>") by and among Orville Nix, Jr. ("<u>Assignee</u>") and ONF Enterprises, LLC, a Delaware limited liability company ("<u>Assignor</u>", and together with Assignee, the "<u>Parties</u>"), is effective as of April 29, 2024 (the "<u>Effective Date</u>").

For and in consideration of the sum of Ten Dollars ($10.00) cash paid by Assignee to Assignor, and other good and valuable consideration, the adequacy, receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. Assignor hereby sells, assigns, transfers, conveys, and quitclaims to Assignee any and all of Assignor's right, title, and interest in and to the original print of the film of the assassination of President John F. Kennedy, as filmed by Orville Nix, Sr., including all goodwill, if any, associated therewith (the "<u>Nix Film Property</u>", which includes, without limitation, any rights of Assignor to any proceeds from a taking claim against the U.S. Government in connection with the Nix Film Property).

2. Assignor further covenants and agrees that it will cooperate with Assignee such that Assignee may enjoy to the fullest extent the benefit of this Assignment. Such cooperation shall include, without limitation, the prompt execution of all documents or provision of information that is or are deemed necessary or desirable by Assignee to perfect the right, title and interest herein conveyed.

3. Assignor warrants that, to the best of its knowledge, information, and belief, that it has the right to make the assignment set forth herein with respect to it

4. This Assignment shall be binding upon Assignor, and its successors, assigns, and devisees, and shall inure to the benefit of Assignee, and his successors, assigns, and devisees.

5. This Assignment may be executed in counterparts, each of which shall be deemed to be an original and may be completed by an exchange (including, as applicable, an electronic exchange) of counterparts. All counterpart pages shall be read as though one, and they shall have the same force and effect as if all of the Parties had executed a single signature page.

*[Remainder of Page Intentionally Blank; Signature Page Follows]*

WHEREAS, the Parties have entered into this Assignment effective as of the Effective Date.

_____
Orville Nix, Jr.


ONF Enterprises, a Delaware limited liability company

By: _____
Orville Nix, Jr., Sole Member