# EXHIBIT 40

ORVILLE NIX & COMPANY
PROPERTY TAX CONSULTANTS
214/230-1750

JUL 30 1991

ORVILLE NIX
CINDY PALMER

GAYLE NIX JACKSON
DAVID B. NIX

July 29, 1991

Senator Phil Gramm
2323 Bryan Street
Suite 1500
Dallas, Texas 75201

Dear Senator Gramm;

My name is Gayle Jackson. My grandfather, Orville O. Nix, took an 8 mm home movie of President Kennedy's assassination. Though he sold the rights to the film in 1963 to UPI, our family has retained the copyright to this film as of this year. I have enclosed a copy of the letter from UPI releasing the rights to our family.

My problem is this, Senator Gramm, this movie is a piece of history that is very important to our family. UPI says that they have lost the film. Through my amateur investigations, I have found that the National Archives has the original film my grandfather made. After sending an unambiguous request to the Archives, they wrote back saying that the film is property of the United States Government (copy enclosed). How can the United States Government claim rights to this movie without contacting our family? Can they just take things to put into the Archives at will? I understand that this movie was used as evidence for the Warren Commission and the House Select Committee on Assassinations but the film ultimately belongs to the author, my grandfather, and as his heir; I would like it to be returned.

Mr. William Murphy, the man I have communicated with at the National Archives, tells me that there are several copies available for research use. This is all the more reason why there should not be a problem in returning my grandfather's camera original.

Your assistance in helping my family with this problem would be greatly appreciated. You may contact me at (214) 230-1750 or (214) 230-1439.

Respectfully,

Gayle Nix Jackson

Gayle Nix Jackson

GN320tba PLEASANT RUN RD. • THE VARTEC BUILDING • SUITE 300 • LANCASTER, TX 75146
MAILING ADDRESS: P.O. BOX 824 • DESOTO, TX 75115

Enclosures

ID:2025015778    AUG 23.95    13:11 No.006