# EXHIBIT 41

SEP 12 1991

Honorable Phil Gramm
House of Representatives
2323 Bryan Street #1500
Dallas, TX 75201
Attn: Joan Moore

Dear Mr. Gramm:

Thank you for your letter of August 13, 1991, on behalf of
Mrs. Gayle Nix Jackson, who is attempting to locate the
original copy of the Orville D. Nix motion picture film of
the assassination of President John F. Kennedy.

Since the date of Mrs. Jackson's letter to your office on
July 29, her representative, photo expert Mr. Robert Groden,
has been to the National Archives and on August 2, in the
presence of Mr. Les Waffen of our Motion Picture, Sound and
Video Branch, he examined the only 8mm copy of the Orville
D. Nix film that is in the custody of the National Archives.

This film is identified as exhibit CE 905 and it is part of
the records of the President's Commission on the
Assassination of President Kennedy (Record Group 272). Upon
examination Mr. Groden determined that the film in the
National Archives possession was not the out-of-camera
original film shot by Orville Nix but it is a duplicate
color silent projection print.

This 8mm copy is part of the official files of the Warren
Commission and it is being preserved along with the other
Commission documents. Copies of this film copy are
available for researcher study only. If anyone wishes to
obtain a copy of this film, however, we will, of course,
refer these requests for duplication to Mrs. Jackson for
permission.

In addition, we have also searched the files and audiovisual
exhibit material of the House Select Committee on
Assassinations (Record Group 233) that are also in our
custody but we were unable to locate the original Nix film
or copies of it among these records.

We hope this information is helpful. If Mrs. Jackson has
additional questions, she can write or telephone either Mr.
Les Waffen at (202) 501-5447 or Mr. Robert Coren of our
Center for Legislative Archives at (202) 501-5350.

Sincerely,

WILLIAM H. CUNLIFFE
Director
Special Archives Division