# EXHIBIT 43

MEMORANDUM

August 24, 1995

To: Jeremy Gunn
Anne Buttimer

From: Joe Freeman

Subject: Final Memo on Original Nix Film

I reviewed Les Waffen's files on the Nix film at NARA's Motion Picture, Sound and Video Branch today. I also spoke with Mr. Waffen about it. He's of the opinion that the film at Archives is *not* the out-of-camera original. His opinion is based on his reading of the paper trail and, I think, his respect for Groden's views (he had Groden autograph a copy of one of his books for him when Groden visited Archives to examine the film back in 1991). Other than Groden's review of the film for Gayle Nix Jackson, Waffen does not believe Archives has ever had any outside expert come in to analyze their film and make a judgement on the original/non-original issue.

Waffen's file contained some correspondence we haven't seen yet (attached) from the 1965-66 period. The Archives' Nix film is referenced several times as being a copy or a print.

Even more informatively, Waffen's files contained a 7/21/91 news clipping regarding Gayle Nix Jackson's efforts to retrieve the original. Based on the article, it would appear that Orville Nix had the film developed during the night following the assassination and turned it over to the FBI the next day, Nov. 23rd. Apparently, the FBI kept the film only four days and then returned it to Nix (though they kept his camera for 8 months). Within days of the film being returned to him, Nix traveled to NYC and sold the film to UPI. Thus, when the FBI wanted the film back for purposes of the Warren Commission's work, they would had to have gone to UPI. UPI, at that point, apparently gave them a print, not the original.

The last section of the article references the same cast of post-HSCA characters as our correspondent did: the safety deposit box, Alexander Bock, etc., though it provides a little more information/speculation.

One thing that struck me as curious, though, is Groden's posturing in the article to the effect that, if only he had the original, he could prove there was a second gunmen. Didn't he examine the original at the time of the HSCA investigation? Perhaps his

photographic analysis technology has improved since then.

In any event, I think I've done about all I can on this in terms of document-hunting at NARA I and II. Pending further requests or inputs, it's in Anne's court. Good luck!