# EXHIBIT 44

# CALL REPORT



Issue # 41

**Document's Author:** Dave Montague/ARRB   **Date Created:** 10/05/95

## The Players
**Who called whom?**

## Description of the Call
Date: 10/05/95
Subject: Interview of Gayle Nix Jackson Regarding the Nix Film

**Summary of the Call:**
I spoke with Gayle Nix Jackson today & she provided me with the following chronology of the Nix film:

-Nix viewed the film for the first time on a wall along with the FBI & let them borrow the film that Saturday.

-They returned it approximately the 5th day after the assassination & by that time Nix had been offered $5k from both Time/Life & UPI for the film. He flew to New York & sold it to UPI for $5k.

-When the FBI returned the camera (approx 6-8 months later), it was in pieces.

-Maurice Shonefeld & Bert Reinhardt had physical custody off & on of the film while they were with UPI. **Maurice Shonefeld's telephone number is: 212-5861731**

-In 1974, Groden had significant access to the film during the filming of "Executive Action". Groden told Gayle Nix Jackson that this is when he obtained a copy of the film (which is better than Jackon's).

-UPI encountered financial difficulties in the 1970s & sold all of its material to the Bettmann Archives in New York City. Jackson believes that some material may have gone to an alternate storage location in the salt mines of New Jersey (location unknown).

-Jackson has been trying to get the film back from Bettmann for several years & they denied having the original. They admit to having several stills from the film & other assassination related material.

-Jackson mentioned a buyer (name unknown) of UPI that may have taken some of UPI's materials (assassination & non-assassination) with him to Mexico.

-Orville Nix, Jr. owns the Orville Nix Company (a property tax consulting firm) & he was given the repaired camera prior to his father's death. It is still in his possession & he may be willing to donate it to the Collection.

*She knows of three people that have seen JFK autopsy photos with the HSCA stamp on them in

the possession of Groden.  These people are: Gary Mack, David Lipton & Jane Downey (of the HSCA).  **Downey's telephone number is 703-683-7410.**

She is in graduate school & is also an English professor.  She would like to have the film back if we find it, but she is willing to assist us in any way possible.  I told her I would send an info pack so that her & her father would know of the many accomplishments of the Review Board.

* I will contact Orville Nix, Jr. concerning the camera.