# EXHIBIT 45

LA-UR-80-121

TITLE: RESTORATION AND ANALYSIS OF AMATEUR MOVIES FROM THE KENNEDY ASSASSINATION

MASTER

AUTHOR(S): J. R. Breedlove, T. M. Cannon, D. H. Janney, R. P. Kruger, H. J. Trussell

SUBMITTED TO: For presentation at and publication in the proceedings of the St. Louis 1980 ACSM-ASP Convention, St. Louis, MO, March 9-14, 1980.

DISCLAIMER

By acceptance of this article, the publisher recognizes that the U.S. Government retains a nonexclusive, royalty free license to publish or reproduce the published form of this contribution, or to allow others to do so, for U.S. Government purposes.

The Los Alamos Scientific Laboratory requests that the publisher identify this article as work performed under the auspices of the U.S. Department of Energy.



University of California

# LOS ALAMOS SCIENTIFIC LABORATORY
Post Office Box 1663   Los Alamos, New Mexico 87545
An Affirmative Action/Equal Opportunity Employer

Form No. 836 R3
St. No. 2629
12/78

UNITED STATES
DEPARTMENT OF ENERGY
CONTRACT W-7405-ENG. 36

DISTRIBUTION OF THIS DOCUMENT IS UNLIMITED

RESTORATION AND ANALYSIS OF AMATEUR MOVIES
FROM THE KENNEDY ASSASSINATION*
J. R. Breedlove, T. M. Cannon,
D. H. Janney, R. P. Kruger, H. J. Trussell
University of California
Los Alamos Scientific Laboratory
Los Alamos, New Mexico 87545

ABSTRACT

Much of the evidence concerning the assassination of President Kennedy comes from amateur movies of the presidential motorcade. Two of the most revealing movies are those taken by the photographers Zapruder and Nix. Approximately 180 frames of the Zapruder film clearly show the general relation of persons in the presidential limousine. Many of the frames of interest were blurred by focus problems or by linear motion. The method of cepstral analysis was used to quantitatively measure the blur, followed by maximum a posteriori (MAP) restoration. We give descriptions of these methods complete with before-and-after examples from selected frames. The frames, which we analyzed in this manner, were then available for studies of facial expressions, hand motions, etc.

Numerous allegations charge that multiple gunmen played a role in an assassination plot. Multispectral analyses, adapted from studies of satellite imagery, show no evidence of an alleged rifle in the Zapruder film. Lastly, we use frame-averaging to reduce the noise in the Nix movie prior to MAP restoration. The restoration of the reduced-noise average frame more clearly shows that a least one of the alleged gunmen is only the light-and-shadow pattern beneath the trees.

INTRODUCTION AND SIGNIFICANCE OF WORK

A large fraction of the available evidence from the assassination of President Kennedy is in the form of photographs. Much of the photography of the fatal motorcade was made with amateur equipment of inadequate quality for the later assassination investigations. The staff of the Digital Signal and Image Analysis Group at the Los Alamos Scientific Laboratory (LASL) was part of a multi-laboratory team involved in digital restoration, enhancement, and analysis of selected images. At Los Alamos, we concentrated on significant frames from the 8-mm movies made by the photographers Zapruder and Nix.

The selected frames were chosen for relevance to questions of multiple shots and multiple gunmen. The Zapruder film shows the passengers in the presidential limousine through the fateful seconds from well before the first shot to well

*Work supported by the U.S. Department of Energy under Contract No. 7405-ENG-36, using funding supplied by the Select Committee on Assassinations of the U.S. House of Representatives.

after the fatal shot. Assassination investigators have studied this film in detail for evidence of sudden changes in position, facial expressions, and general body position that might indicate multiple shots or an awareness by any limousine occupant that a shot had been fired. In a few Zapruder frames, there was the possibility that a second gunman was visible. The Nix film is of interest primarily because it shows a region of trees, lawn and architectural structures (the grassy knoll) in which some persons have claimed to see a second gunman.

The Zapruder film is now badly faded. Because of its archival value, we digitized a temporal sequence of approximately 180 frames for retention in the National Archives as digital images on magnetic tape. In this form, on archival quality tape, the images will deteriorate much less rapidly than the original film or conventional photographic copies. Further, the archive's staff can have unlimited numbers of digital copies made for historical study with no degradation of data. The original Zapruder film now has two missing sets of frames. For archival purposes, we also digitized first generation copies of the missing frames. The archival tapes will thus represent the best complete sequence of Zapruder images in existence.

We used the digitized images for several purposes at Los Alamos. All results were also available to other persons associated with the Photographic Evidence Panel. By far the bulk of our effort concentrated on generally sharpening poor imagery, i.e., image restoration. However, we also studied an individual Zapruder frame in detail (Frame 413). In this frame some observers claim to see a second gunman long after the fatal shot. This frame was subjected to color analysis for evidence of a rifle and to careful mensuration for location of the person whose head appears in the frame.

## FILM DIGITIZATION ACTIVITIES

Often we view film digitization as a subdivision of the film into a checkerboard pattern followed by the measurement of average photographic density over each square. The "digital image" is then an ordered string of average density values. There is no reason, however, why we must restrict our thinking to a checkerboard of contiguous samples. In the digitizations undertaken for the assassination study we determined that superior representations of the image would be obtained with "checkerboard squares" which overlapped.

The choice of parameters for the scan was a combination of theory and practical considerations. Two papers in the published literature treat the theory of scanning with finite-size apertures.[1,2] From those papers we know that if the center-to-center sample spacing is sufficiently small compared to image features, then the aperture size can be used to control noise in the scanned image.

A specification of image-feature size can be stated in terms of spatial frequencies. We then determine the minimum sample spacing by the well-known Nyquist relation. Zapruder and Nix both used Kodachrome II film, stated by the manufac-

turer to have a resolution of 125 lines/mm under optimum
conditions. However, for the low contrast and generally
poor condition and quality of the Zapruder film, a maximum
frequency of 50 lines/mm was generous. Based upon this es-
timate, which was shared by other consultants to the Photo-
graphic Panel, we selected a sample spacing of 10 microns.

The scanning aperture size can then be used to control the
signal-to-noise ratio. In our work, an aperture as small as
the sample spacing permitted such a small amount of light to
pass through the microdensitometer that the instrument was
difficult to calibrate and gave an electrically noisy signal.
Enlarging the aperture mitigated these problems as well as
reduced the effects of film grain noise. Based on these
considerations we selected a scanning aperture of 15 microns.

Thus, we scanned the films with a 10-μ sample spacing and a
15-μ aperture. Three scans were made of each film, through
Kodak Wratten Filter Types 92, 93, and 94, for color separa-
tion. The scanned image was reconstructed at the University
of Southern California and shown to members of the Photo-
graphic Panel. That panel agreed that all information avail-
able in a first-generation copy of the original Zapruder
film was also in the digitized image. A similar scanning
recipe was applied to the Nix film at the Aerospace Corpora-
tion. The data tapes containing this information were sent
to LASL.

## IMAGE RESTORATION

Much of the information potentially available on the Zapru-
der and Nix films requires that the images be restored,
i.e., changed to the quality which they would have had if
the camera or photographic conditions had been better. Res-
toration is a two-step process:

    a) Quantitative determination of the image defects
       that we intend to remove;
    b) Removal of the defects with a numerical scheme.

The following two subsections treat these two steps. Then,
in a final subsection we describe typical restoration ac-
tivities.

### Defect Determination

Many of the Zapruder frames are visibly blurred, apparently
by camera motion or by motion of the film in and out of the
focal plane as it advanced through the camera. Of course,
we had no detailed knowledge beyond the image itself with
which to quantitatively describe these defects. Recent
work has shown[3] that these two common blurs, motion and de
focus, embed telltale signatures in the blurred picture.
Proper analysis allows the severity of these blurs to be
determined from the image.

Both motion blur and defocus blur destroy information in
the photographed scene. This loss of information occurs
because these blurs have zeros in their frequency-domain
transfer functions. In the case of linear motion blur or

an out-of-focus lens, these zeros occur in a periodic pattern. While it is sometimes possible to detect these patterns by eye in the frequency domain, the presence of noise and near-random image information usually make this approach difficult. The periodic zero pattern can be made more visible through an averaging scheme that is used in power spectrum estimation. An unusually good example of zero location is shown in Fig. 1a, which was computed from an out-of-focus photograph. A more typical example, however, is shown in Fig. 1b, where the zeros are obscured by noise.

It has been shown[3] that even in the more difficult case of Fig. 1b, the pattern of zeros can be identified and used to determine blur severity. This is done by computing the power cepstrum of the picture. The power cepstrum is defined as the Fourier transform of the logarithm of the power spectrum. In the power cepstrum domain the circularly symmetric zero pattern of a defocus lens shows up as a ring of spikes. The zeros of a motion blur are denoted by peaks that identify both the direction and extent of the motion.

The mathematics involved in computing the power cepstrum are straightforward. The image formation system is denoted by

$$g(x,y) = f(x,y)*h(x,y) + n(x,y) , \quad (1)$$

where $g$ is the blurred image, $f$ the original image, $h$ the spatially invariant blur, and $n$ the noise. The power spectrum is computed using the method proposed by Welch[4,3] and results in

$$\phi_g(u,v) = \phi_f(u,v)|h(u,v)|^2 + \phi_n(u,v) , \quad (2)$$

where $\phi$ denotes the power spectrum of the signal indicated by the subscript. The power cepstrum is defined to be

$$P_g(p,q) = F\{\log \phi_g(u,v)\} , \quad (3)$$

where $F\{\ \}$ denotes the Fourier transform. It is in the power cepstrum that the telltale spikes from motion or defocus blur can be readily identified. Figure 2a shows the cepstrum of a motion-blurred picture. The spacing and orientation of the peaks gives the extent and direction of the motion. Figure 2b : the cepstrum of an out-of-focus picture. Figure 2c shows an overhead view of the cepstrum of Fig. 2b in which the ring of spikes is related to the extent of defocus.

The numerical description of the image defect becomes the point spread function (PSF) or blurring matrix that we shall remove numerically.

Defect Removal

The model for image formation using photographic film that we use in this exercise is given by

$$g = s(h * f) + n$$

where

g is the recorded image;
f is the original image;
h is a blurring matrix (point spread function);
n is signal independent uncorrelated noise;
s is a function representing the nonlinear film response.
(This function was ignored above, but now becomes important.)

The deblurring method used here was nonlinear maximum a posteriori (MAP) restoration.[5] This scheme attempts to maximize the posterior probability, $p(f|g)$, given assumptions of the prior probabilities $p(f)$ and $p(g|f) = p(n)$. The algorithm is iterative in the spatial domain. It starts with a first guess at the solution, $f_0$, and moves successive iterations in the direction of increasing posterior probability. The algorithm stops when $|g - s(h * f)|^2 \leq |n|^2$, that is, when the variance of the residual image is less than or equal to the variance of the noise. This is the condition that would be satisfied if the true solution were known. An interesting property of this algorithm is that, in practice, it rarely produces a solution whose residual variance is much below the noise variance. This property allows us to make a rough check of our noise estimate.

The nonlinear film response is very important and prevents a quick linear-solution method from producing accurate results. Photographic film is not only a nonlinear recording device, it also possesses singularities caused by saturation and fog. If the film is used under optimal conditions, these singularities can be avoided by proper exposure. Unfortunately, most photography is not done under optimal conditions.

A major problem with the Zapruder film was with saturation effects. The sun reflecting from the chrome of the automobiles produced brightnesses that were beyond the recording capabilities of the film. A saturated area contains no useful information for the restoration method. The restoration scheme must be modified to not attempt restoration in this area. Further the scheme must make minimal use of information in this area for the restoration of other points. The space domain processing of the nonlinear MAP method is particularly adaptable to these modifications.

A binary saturation map was generated by flagging all points at or above the saturation level of the film. The effect on restoration of the saturated areas is not limited to the immediate area but extends to points around it. An estimate of the extent of this affected area was obtained by blurring the binary saturation map with the system point spread function. A threshold was determined empirically and a new binary map was obtained by flagging all points in the blurred map above the given threshold.

This saturation map was used as a guide for which points to
restore. If a point was flagged, that point would remain
unchanged by the restoration algorithm. The flagged points
would, however, have some effect on neighboring points, but
this effect was minimized by the local nature of the area
and the extended range of the map generated by blurring the
original saturated areas. The MAP algorithm without the
saturation map produced a ringing around the saturated
areas which increased in size and severity with each itera-
tion. Eventually this ringing destroyed information in a
large area of the picture. The modified algorithm eliminat-
ed this effect and produced the images shown later in this
paper.

The information required to generate a model for the non-
linear function s was obtained from standard Kodak publish-
ed film response (D log E) curves. The curves were suffi-
ciently linear through most of their domain to permit lin-
ear approximation except in the area of the toe and shoul-
der (fog and saturatio points).

A separate restoration was made for each color-separated
scan. Each color was restored with its own nonlinear re-
sponse function and it estimated noise.

### Typical Restoration Act ties

We know from extensive prior experience with image restora-
tion that there is a severity of blur beyond which any res-
toration attempt is hopeless. Further, the better the ini-
tial image, the more we could potentially learn by restoring
it. Each frame throughout the time sequence of interest,
was visually categorized into one of five subjective groups:
good, fair, blurred, badly blurred, and hopeless. Unless
the frame was of unusual interest to the Select Committee
we only attempted to restore images from the best two
categories.

The important portion of each of 16 frames was restored
using the blur deduced from the cepstral analysis. We arbi-
trarily treated those images which were only slightly blur-
red as if they had one picture element radius of out-of-
focus blur. This treatment results in a qualitatively
"crisper" image.

From a practical standpoint, the MAP algorithm always con-
verged in 10 to 12 iterations. That is, the residual image
described above became less than the estimated noise vari-
ance in 10 to 12 iterations on the image.

Figures 3 and 4 show original and restored versions of
Zapruder Frames 193 and 312, respectively. Both of these
were originally categorized as "good" and show the results
of the "crispening" described above.

In all image restoration activity, the limit on the restored
quality is determined by the image noise. If the noise is
random, we should be able to reduce its effect by averaging

several images of nearly identical scenes. The variation in
scene from frame to frame of the Zapruder film made such an
averaging infeasible. However, the "grassy knoll" area of
the Nix film is sufficiently invariant over eight frames
that we could average those frames. Then, in principle, the
signal-to-noise ratio would improve by a factor of $\sqrt{8}$.
Twelve identifiable control points were found on each of
the eight frames. With these control points, the eight
frames were registered and averaged. Figure 5 is a split
screen image showing a single original frame and the MAP re-
stored version of the average image. The expected reduction
in image noise was observed in the averaged frame. Note
that the restoration is essentially free of the "clumpiness"
seen in Figs. 3 and 4, which are typical of restored images.

## INTERPRETATION OF RESTORED IMAGES

Image restoration usually becomes a trade-off between in-
creased sharpness and control of the image noise. The ex-
perienced analyst will usually use both the original and the
restored image for interpretation. The present work was no
exception. A number of the original/restored Zapruder pairs
showed the positions of the President's head more clearly
for mensuration than on the original alone. On one frame it
was possible to resolve the image of the President's nose
more clearly from the image of Mrs. Kennedy's jacket, thus
making subsequent analyses more reliable.

Greater interpretive gains were possible on the Nix film be-
cause of the reduced noise that resulted from frame-
averaging. It became apparent that the ill-defined shapes,
which are claimed by some persons to be a "face-on" view of
a rifleman in firing position, are nothing but a pattern of
sun and shade on the wall of the pergola at the top of the
"grassy knoll."

## PHOTOGRAMMETRY, FRAME 413

A number of Zapruder frames, centered roughly on Frame 413,
show what is thought to be the head of a person looking at
the presidential limousine. Some persons claim that this
head belongs to a person who is holding a rifle and using
the bushes for concealment. We selected Frame 413, which
shows this head the most clearly, for analysis of this claim
(see Fig. 6). Two types of analysis show nothing suspicious
about this person. One analysis attempts to identify the
color of the object, alleged by some to be a rifle, which
the person may be holding. The other makes an estimate of
the person's position, based on elementary photogrammetry.

The color analysis relies on the ratio of exposures of the
three emulsions of the Zapruder film. The procedure is pre-
cisely analogous to that used for analyzing the images ob-
tained from earth resource satellites. The satellite
photographs consist of images in several wavelength bands
of illumination. It is assumed that distinctly colored re-
gions on the earth's surface will have characteristic signa-
tures in these multispectral photographs. However, dif-
ferences in angle between the normal to the earth's surface

and the image plane obscure these signatures. It has been
found that by studying the ratios of the intensities in all
pairs of wavelength bands, these surface-angle effects are
removed. If the "man in the bushes" were holding a rifle,
the sun angle might make it difficult to distinguish the
weapon from the bush limbs about it. We studied the ratio
images that we obtained from the transmittance of the film
i the three emulsions. There were no features near the
head that were different from the general surroundings; that
is, no rifle was found.

The geometrical analysis consisted of laying lines of sight
on a map of Dealey Plaza. These lines run from Zapruder's
known location to the two light poles that are visible in
Frame 413. These lines are indicated on the map in Fig. 7.
This layout shows that the line of sight passing through the
head is 2° to the right of the line passing through the
light on the north side of Main Street. This line of sight
passes across the landing on the stairs down the knoll to
Elm Street at a position where R. E. Sprague[7] places three
spectators. A further clarification of Zapruder Frame 413
can be obtained from Nix's photograph, Fig. 5. In this
photograph we see Zapruder on the right. When his camera
pointed toward the landing, he was looking down through the
tall bush in the corner formed by the wall on which he is
standing. This would mean that the bush is between Zapruder
and the person of Frame 413. If that person is indeed stand-
ing on the landing, he is approximately 27 feet from
Zapruder. Assuming a head width of 0.67 feet, the angle
subtended is 1.4°. The head in Frame 413 subtends an angle
of 1.35°. Thus, the head size is consistent with that of
an individual where Sprague places "Hudson and two friends."

It is most likely that the "man in the bushes" seen in
Zapruder Frame 413 is an individual standing on the steps
in the open. That person is being photographed through a
bush located quite near Zapruder.

## SUMMARY

This portion of this paper is unusually short, for the ob-
jective at LASL was to produce improved imagery and analysis
tools for the benefit of other persons on the Photographic
Evidence Panel. We developed successful techniques for re-
storing locally intensity-saturated images. These images
did clarify details from the original, which made subsequent
analyses and conclusions more certain. In addition to image
restoration, plus limited interpretation from those images,
we also did a quantitative color analysis and a detailed
mensuration on one frame that is alleged by some to show a
gunman late in the Zapruder film. In no case did the images
worked on at LASL directly reveal multiple gunmen. On the
contrary, they deny the presence of two of the alleged gun-
men.

## ACKNOWLEDGMENTS

The LASL work for the Photographic Evidence Panel was a
group effort. The authors collectively acknowledge

substantial and important contributions from C. W. Cox, R. O'Connor, and R. C. Bagley. In addition, we relied heavily on analytic techniques and software developed by numerous other persons in the LASL Digital Image and Signal Analysis Group.

## REFERENCES

1. B. R. Hunt, J. R. Breedlove, "Scan and Display Considerations in Processing Images by Digital Computer," IEEE Trans. on Comp., pp 848-853, August 1975.
2. H. J. Trussell, J. R. Breedlove, "Scan-Playback Corrections," Appl. Opt., Vol. 16, No. 9, pp 2359-2360, September 1977.
3. M. Cannon, "Blind Deconvolution of Spatially Invariant Image Blurs with Phase," IEEE Trans. ASSP, Vol. ASSP-24, No. 1, February 1976.
4. P. D. Welch, "The Use of the FFT for the Estimation of Power Spectra," IEEE Trans. Audio Electroacoust., Vol. AU-15, pp 70-73, June 1967.
5. H. J. Trussell, B. R. Hunt, "Improved Methods of Maximum a Posteriori Image Restoration," IEEE Trans. on Comp., Vol. C-22, No. 1, pp 57-62, January 1979.
6. G. W. Wecksung, J. R. Breedlove, "Some Techniques for Digital Processing, Display and Interpretation of Ratio Images in Multispectral Remote Sensing," Proc. of the SPIE, Vol. 119, Applications of Digital Image Processing, pp 47-54, 1977.
7. R. E. Sprague, "The Assassination of President John F. Kennedy: The Application of Computers to the Photographic Evidence," Computers and Automation, pp 29-60, May 1970.

 



Fig. 1a. Power spectrum showing well-defined zeros due to out-of-focus blur.

Fig. 1b. Typical power spectrum, in which zeros are obscured by noise.

 

Fig. 2a.  Cepstrum of motion-blurred image.
Fig. 2b.  Cepstrum of out-of-focus image.



Fig. 2c.  Top view of perspective plot of Fig. 2b.



Fig. 3. Upper image is original of Zapruder Frame 195;
lower image is restored version of same frame.
(A severe Moire pattern arose on this image during
half-toning. The Moire is interference between
the raster lines on an image-display and the lines
on the half-tone screen.)



Fig. 4. Upper image is original of [...] frame [...]; lower image is restored version of same frame.



Fig. 5. Upper image is original of [...] frame [...]; lower image is restored version of an average of [...] frames. (Detail of highlight was lost due to half-toning for publication.)



Fig. 6. Zapruder frame 413 showing light posts used for photogrammetry and head (immediately to right of center, bottom edge of frame).



ELM STREET

STREET LIGHT

MAIN STREET

SCALE IN FEET

Fig. 7. Sketch map of features in Dealey Plaza relevant to photogrammetry of Frame 413, Fig. 6.