# EXHIBIT 46

November 6, 1995


Robert Matthews, Esq.
P.O. Box 92957
Los Angeles, California 90009-2957

Dear Mr. Matthews:

By way of introduction, the Assassination Records Review Board (ARRB) is an independent federal agency created to oversee the identification and release of records related to the assassination of President John F. Kennedy.

The ARRB was established by the President John F. Kennedy Assassination Records Collection Act of 1992 (PL 102-526) and was signed into law by President George Bush.  The law gives the ARRB the mandate and authority to identify, secure, and make available all records related to the assassination of President Kennedy. I am enclosing a copy of the act and some explanatory material.

The scope of the Review Board's mandate includes assassination-related records in the custody of federal agencies, local and state government entities, as well as those in the private sector.

From our telephone conversation this morning, I understand your office may have assassination-related records concerning the Orville Nix film and the Marie Muchmore film.  Both films were in the custody of the House Select Committee on Assassinations (HSCA) in 1977 and 1978 and were sent to the Aerospace Corporation for analysis.  I also understand that Aerospace Corporation sent digital data tapes (not films) made from the "Nix" and "Muchmore" films to the Los Alamos Laboratory in New Mexico for enhancement.

Please conduct a search of appropriate records from 1977-1978 at your earliest convenience and send me photocopies of any correspondence, memos, etc. you locate.

Do not hesitate to call me at Ext. 258 if you have any questions.  I look forward to speaking with you soon.

Sincerely,



David R. Montague
Investigator