# In the United States Court of Federal Claims

No. 23-704L

(Filed: December 13, 2024)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ORVILLE NIX, JR., | \* |
| Plaintiff, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

On June 7, 2024, Plaintiff ONF Enterprises, LLC filed its unopposed motion for leave to file an amended complaint, (ECF 35), proposing to substitute Orville Nix, Jr. as Plaintiff. On October 22, 2024, the Court granted Plaintiff's motion, and Plaintiff filed its amended complaint on October 25, 2024. *See* Order (ECF 38); Amended Complaint (ECF 39).

Pursuant to the October 22 order, Orville Nix, Jr. shall be **SUBSTITUTED** as Plaintiff in this case. ONF Enterprises, LLC shall be **TERMINATED** as a party to the case. The Clerk of Court is directed to change the case caption to reflect as the Plaintiff "ORVILLE NIX, JR." All future filings shall reflect the updated caption, ORVILLE NIX, JR. v. THE UNITED STATES.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge