# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ORVILLE NIX, JR., | |
| Plaintiff, | Case No. 23-704L |
| v. | (Judge Schwartz) |
| THE UNITED STATES, | |
| Defendant. | |

## UNOPPOSED MOTION FOR STAY

Plaintiff Orville Nix ("Plaintiff") files this Unopposed Motion for Stay and respectfully submits to the Court as follows:

Plaintiff is intending for Jacob Birnbaum, of the Law Offices of Jacob Birnbaum, PLLC, who recently became Plaintiff's attorney of record, to serve as Plaintiff's attorney of record on an interim basis.

Accordingly, Plaintiff is requesting a sixty (60) day stay in the case (the "Stay"), which Stay would expressly cover all impending deadlines under the Court's rules, in order to permit Plaintiff additional time to secure counsel to replace Mr. Birnbaum as Plaintiff's attorney of record.

Defendant, through its counsel, has consented to the Stay.

1

Dated:  January 16, 2025 　　　　　　　Respectfully submitted,

            LAW OFFICES OF JACOB BIRNBAUM, PLLC

          By: /s/ Jacob Birnbaum
             jbirnbaumesq@gmail.com
             1201 Evans Ave. Suite 100, Box# 16A
             Fort Worth, Texas 76104
             Tel: (646) 373-2504
             Fax: (817) 576-0434

          *Counsel for Plaintiff*
          *Orville Nix, Jr.*