# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ORVILLE NIX, JR., | ) |
| Plaintiff, | ) |
| | ) Case No. 23-704L |
| v. | ) |
| | ) (Hon. Stephen S. Schwartz) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## SUGGESTION OF DEATH OF PLAINTIFF ORVILLE NIX, JR.

Pursuant to Rule 25 of the Rules of the United States Court of Federal Claims, the undersigned counsel for Plaintiff Orville Nix, Jr. hereby suggests upon the record the death of Plaintiff Orville Nix, Jr. on July 29, 2025.

Dated: August 5, 2025

Respectfully submitted,

By: /s/ Scott Watnik
SCOTT WATNIK
Wilk Auslander LLP
825 Eighth Avenue, Suite 2900
New York, NY 10019
Tel: (646) 375-7648
Email: swatnik@wilkauslander.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

On the 5th day of August, 2025, I served a true and accurate copy of this Suggestion of Death of Plaintiff Orville Nix, Jr. to all participants registered as CM/ECF users by using the CM/ECF electronic system.

Dated: August 5, 2025

Respectfully submitted,

By: /s/ Scott Watnik
SCOTT WATNIK
Wilk Auslander LLP
825 Eighth Avenue, Suite 2900
New York, NY 10019
Tel: (646) 375-7648
Email: swatnik@wilkauslander.com

*Attorneys for Plaintiff*